AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>TROY GEORGE SKINNER<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:18mj170<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 8, 2018 - June 4, 2018__ in the county of __Goochland__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography (on or about February 5-6, 2018) |
| 18 U.S.C. § 2422(b) (incorporating 18 U.S.C. § 2251(a) and VA Code § 18.2-370) | Coercion and Enticement (incorporating 18 U.S.C. § 2251(a) and VA Code § 18.2-370) (from on or January 8, 2018, to on or about June 4, 2018) |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kathryn Weber, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/25/2018

_____
/s/ Roderick C. Young
United States Magistrate Judge

City and state: Richmond, Virginia

United States Magistrate Judge Roderick C. Young
*Printed name and title*