IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
OCT 25 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN RE: MOTION TO SEAL AFFIDAVIT IN SUPPORT OF THE COMPLAINT AND ARREST WARRANT AND FOR PROTECTIVE ORDER

Case No. 3:18mj170

## GOVERNMENT'S MOTION TO SEAL AFFIDAVIT IN SUPPORT OF THE COMPLAINT AND ARREST WARRANT AND FOR PROTECTIVE ORDER

Pursuant to Rule 49(B) of the Local Criminal Rules for this Court, the United States, by and through its attorneys, G. Zachary Terwilliger, United States Attorney, and Brian R. Hood, Assistant United States Attorney, hereby moves the Court to issue an order sealing the affidavit in support of the complaint and arrest warrant in the above-captioned case, as well as the memorandum in support of the government's motion, until further order of the Court, and for a protective order, as outlined in the memorandum in support.

WHEREFORE, it is requested that this Motion be granted.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Brian R. Hood
Assistant United States Attorney