

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE: MOTION TO SEAL AFFIDAVIT IN SUPPORT OF THE COMPLAINT AND ARREST WARRANT AND FOR PROTECTIVE ORDER

Case No. 3:18mj 170

## ORDER
(Sealing Affidavit Pursuant to 18 U.S.C. § 3509 and Rule 49(B))

WHEREAS, the United States has moved, pursuant to Rule 49(B) of the Local Criminal Rules for this Court and 18 U.S.C. § 3509, to seal the affidavit in support of the complaint and arrest warrant in the above-captioned case and the accompanying memorandum in support of its motion, except that a copy of the affidavit may be provided to counsel for the defendant subject to the restrictions set forth in its proposed protective order, and

WHEREAS, the Court, having found that the affidavit is subject to the provisions set forth in 18 U.S.C. § 3509, and for good cause shown; it is hereby

ORDERED, ADJUDGED, and DECREED that the affidavit in support of the complaint and arrest warrant in the above-captioned case and accompanying memorandum in support of the government's motion shall be SEALED until further order of the Court, except that counsel for the defendant may receive a copy of the affidavit subject to the Protective Order accompanying this Sealing Order.

The public is given notice to object by this Order and may request a hearing before this Court on the question of whether the above-captioned matter should be unsealed.

It is so ORDERED.

/s/

Roderick C. Young
United States Magistrate Judge

Date: 10/25/2018
Richmond, VA