AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:18mj170 |
| TROY GEORGE SKINNER | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **TROY GEORGE SKINNER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography, in violation of 18 U.S.C. § 2251(a)

Coercion and Enticement, in violation of 18 U.S.C. § 2422(b) (incorporating 18 U.S.C. § 2251(a) and VA Code § 18.2-370)

Date: 10/25/2018

/s/ *(signature)*
Roderick C. Young
United States Magistrate Judge
United States Magistrate Judge Roderick C. Young
*Printed name and title*

City and state: Richmond, Virginia

### Return

This warrant was received on *(date)* 10/25/2018, and the person was arrested on *(date)* 10/29/2018
at *(city and state)* Henrico, VA.

Date: 10/29/2018

*Arresting officer's signature*

Kathryn Weber, SA FBI
*Printed name and title*



Roderick C. [illegible]
United States Magistrate Judge