# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 3:18-mj-00170 |
| ) | |
| TROY GEORGE SKINNER, ) | |
| ) | |
| *Defendant*. ) | |

## GOVERNMENT'S POSITION REGARDING CONTINUED NEED FOR AFFIDAVIT TO REMAIN UNDER SEAL

COMES NOW the United States, by and through its attorneys, G. Zachary Terwilliger, United States Attorney, and Brian R. Hood, Assistant United States Attorney, in response to the Court's order that the United States provide justification why the affidavit in support of the complaint in the above-captioned case must remain under seal over the defendant's objection.

Counsel for the government has spoken to counsel for the defendant, Assistant Federal Defender Laura J. Koenig, who following the defendant's initial appearance has had the opportunity to fully review the affidavit and consider the sealing and protective orders in the case. Counsel for the defendant has indicated that upon review she agrees with the government's position that the information contained in the affidavit, combined with other information available in the public domain, implicate the privacy considerations set forth in 18 U.S.C. § 3509. Ms. Koenig has further stated that, in light of the usage provisions contained in the protective order in the case, the defendant now withdraws his motion to unseal the affidavit.

Ms. Koenig reviewed this pleading prior to its filing and stated that she concurs with the accuracy of the representations herein.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:   /s/  Brian R. Hood
     Assistant United States Attorney
     United States Attorney's Office
     919 East Main Street, Suite 1900
     Richmond, VA 23219
     Telephone: (804) 819-5400
     Email: brian.hood@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on **October 30, 2018**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

                    Respectfully submitted,

                    G. ZACHARY TERWILLIGER
                    UNITED STATES ATTORNEY

By:   */s/  Brian R. Hood*
         Assistant United States Attorney
         United States Attorney's Office
         919 East Main Street, Suite 1900
         Richmond, VA 23219
         Telephone: (804) 819-5400
         Email: brian.hood@usdoj.gov