IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 3:18mj170 (DJN) |
| ) | |
| TROY GEORGE SKINNER, ) | |
| Defendant. ) | |
| ) | |

## ORDER

On October 29, 2018, Defendant appeared before the Court for his initial appearance based on the charges against him as set forth in the Criminal Complaint (ECF No. 1). During Defendant's initial appearance, the Government indicated that they wished for the affidavit in support of the complaint and arrest warrant ("the affidavit") (ECF No. 1-1) to remain sealed pursuant to the Court's Order (ECF No. 3) issued on October 25, 2018. On October 30, 2018, the Government filed their Position (ECF No. 10) on the continued need for the affidavit to remain sealed, stating that Defendant's counsel agrees that the affidavit should remain sealed pursuant to 18 U.S.C. § 3509. Upon due consideration of the Government's Position, it is hereby ORDERED that the affidavit (ECF No. 1-1) be UNSEALED IN PART only as to Defendant and his counsel, so that Defendant may use the affidavit in the preparation of his defense. The affidavit (ECF No. 1-1) shall otherwise remain SEALED for the reasons set forth in the Court's October 25 Order (ECF No. 3) and pursuant to the provisions of Local Criminal Rule 49(B) and 18 U.S.C. § 3509, as the Court finds that public disclosure of the contents of the affidavit would be detrimental to the child at issue. Accordingly, the Court hereby ORDERS Defendant and his

counsel to refrain from sharing the information contained within the affidavit with any individual other than those persons essential to the preparation of Defendant's defense.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: October 31, 2018