IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:18-mj-00170 |
| | ) |
| TROY GEORGE SKINNER, | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

Upon joint motion of the United States, by and through its attorneys, and the defendant, TROY GEORGE SKINNER, by and through his attorney, and for good cause shown, the Court excludes the period from November 28, 2018, to January 27, 2019, in computing the time within which to file an indictment against the defendant. This time reflects delay resulting from consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government. 18 U.S.C. § 3161(h)(1)(G).

It is therefore hereby ORDERED that the time for indicting the defendant is extended until January 27, 2019.

It is SO ORDERED.

/S/
David J. Novak
United States Magistrate Judge

Date: January 9, 2019
Richmond, Virginia