IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
JAN - 9 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:18-mj-00170 |
| ) | |
| TROY GEORGE SKINNER, ) | |
| ) | |
| *Defendant.* ) | |

## SECOND JOINT MOTION TO EXCLUDE TIME AND EXTEND THE PERIOD FOR INDICTMENT

The United States of America, by its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Brian R. Hood and Katherine Lee Martin, Assistant United States Attorneys, and the defendant, TROY GEORGE SKINNER, and his attorneys, Laura Koenig and Robert Wagner, respectfully move this Honorable Court to extend until February 8, 2019, the time period for filing an indictment against the defendant. In support thereof, the parties state as follows:

1.      The defendant was arrested and first appeared in this Court on October 29, 2018, to answer to a complaint charging him with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), and Online Enticement, in violation of 18 U.S.C. § 2422(b).

2.      The Speedy Trial Act, 18 U.S.C. § 3161(b), requires that any indictment against a defendant be filed within 30 days from the date on which defendant was arrested, or first appeared in Court, subject to excludable time under 18 U.S.C. § 3161(h). The Speedy Trial Act also specifically encourages delays for the consideration of plea agreements by the Court. *See* 18 U.S.C. § 3161(h)(1)(G). Delay to allow the parties to evaluate a plea agreement serves the same objective by allowing the parties, the

government, and the Court to avoid needless litigation and to evaluate fully a plea offer.

3.  Accordingly, on November 26, 2018, the parties filed a joint motion to extend the time to indict the case by 60 days to enable the parties to explore a pre-indictment plea agreement. The Court granted that motion, and extended the time to indict the case to January 27, 2019.

4.  The parties in this case continue to explore a pre-indictment plea. Plea negotiations may not be completed before January 27, 2019. The defendant therefore joins in the government's motion requesting the Court to extend until February 8, 2019, the government's time to indict this case. Defendant waives any objections under the Speedy Trial Act.

WHEREFORE, the undersigned request that the time to indict the defendant be extended until February 8, 2019.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov

4

<u>Defense Counsel Signature</u>: I am counsel for the defendant in this case. I have fully explained to the defendant the defendant's right to be charged by indictment within 30 days of arrest or summons. Specifically, I have reviewed the terms and conditions of Title 18, United States Code, Section 3161(b), and I have fully explained to the defendant the provisions that may apply to this case. To my knowledge, the defendant's decision to agree to an extension of time to be charged by indictment is an informed and voluntary one.


Date: January 9, 2019

Laura J. Koenig
Robert Wagner
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

        Respectfully submitted,

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By: _____
        Assistant United States Attorney
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Telephone: (804) 819-5400
        Email: brian.hood@usdoj.gov