

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:18-mj-00170 |
| | ) | |
| TROY GEORGE SKINNER, | ) | |
| | ) | |
| *Defendant.* | ) | |

## <u>ORDER</u>

Upon joint motion of the United States, by and through its attorneys, and the defendant,

TROY GEORGE SKINNER, by and through his attorney, and for good cause shown, the Court

excludes the period from January 27, 2019, to February 8, 2019, in computing the time within

which to file an indictment against the defendant. This time reflects delay resulting from

consideration by the Court of a proposed plea agreement to be entered into by the defendant and

the attorney for the Government. 18 U.S.C. §3161(h)(1)(G).

It is therefore hereby ORDERED that the time for indicting the defendant is extended

until February 8, 2019.

It is SO ORDERED.

_____/S/_____
David J. Novak
United States Magistrate Judge

Date:_____
Richmond, Virginia



/s/

David J. Novak
United States Magistrate Judge