IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division



FEB - 6 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. **3:19CR019** |
| | ) |
| v. | ) 18 U.S.C. § 2251(a) |
| | ) Production of Child Pornography |
| TROY GEORGE SKINNER, | ) (Counts 1-4) |
| | ) |
| *Defendant.* | ) 18 U.S.C. §§ 1201(a)(1), (d) and (g) |
| | ) Kidnapping and Attempted Kidnapping |
| | ) of a Minor |
| | ) (Count 5) |
| | ) |
| | ) 18 U.S.C. § 2253 |
| | ) Forfeiture Notice |

## INDICTMENT

February 2019 Term — At Richmond, Virginia.

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Production of Child Pornography)

On or about February 3-4, 2018, in New Zealand, defendant, TROY GEORGE SKINNER, did knowingly employ, use, persuade, induce, entice, and coerce a minor child in Goochland, Virginia, within the Eastern District of Virginia, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions had actually been transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, to wit,

an image file with file name "20180203_074421.jpg" depicting the lascivious exhibition of the genitals.

(All in violation of Title 18, United States Code, Sections 2251(a), (e), and 2256(2).)

## COUNT TWO
(Production of Child Pornography)

On or about February 5-6, 2018, in New Zealand, defendant, TROY GEORGE SKINNER, did knowingly employ, use, persuade, induce, entice, and coerce a minor child in Goochland, Virginia, within the Eastern District of Virginia, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions had actually been transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, to wit, a video file with file name "Desktop 02.06.2018-03.16.13_0100.DVR.mp4" depicting masturbation and the lascivious exhibition of the genitals.

(All in violation of Title 18, United States Code, Sections 2251(a), (e), and 2256(2).)

2

## COUNT THREE
(Production of Child Pornography)

On or about February 22-23, 2018, in New Zealand, defendant, TROY GEORGE SKINNER, did knowingly employ, use, persuade, induce, entice, and coerce a minor child in Goochland, Virginia, within the Eastern District of Virginia, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions had actually been transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, to wit, an image file with file name "20180223_120558.jpg" depicting masturbation and the lascivious exhibition of the genitals.

(All in violation of Title 18, United States Code, Sections 2251(a), (e), and 2256(2).)

## COUNT FOUR
(Production of Child Pornography)

On or about March 4-5, 2018, in New Zealand, defendant, TROY GEORGE SKINNER, did knowingly employ, use, persuade, induce, entice, and coerce a minor child in Goochland, Virginia, within the Eastern District of Virginia, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, and the

3

defendant knew and had reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions had actually been transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, to wit, a video file with file name "2018-03-05 17-50-35.flv" depicting masturbation and the lascivious exhibition of the genitals.

(All in violation of Title 18, United States Code, Sections 2251(a), (e), and 2256(2).)

## COUNT FIVE
(Kidnapping of a Minor)

From on or about June 20, 2018, to June 22, 2018, in the Eastern District of Virginia, the defendant, TROY GEORGE SKINNER, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and hold for ransom, reward and otherwise, a minor victim, and, in committing or in furtherance of the commission of the offense, traveled in interstate and foreign commerce from New Zealand to Virginia, and used the Internet, a means, facility, and instrumentality of interstate or foreign commerce, while the defendant was over the age of eighteen years old and had no legal custody and familial relationship with the minor victim, and attempted to do the same.

(All in violation of Title 18, United States Code, Sections 1201(a)(1), (d) and (g).)

## **FORFEITURE NOTICE**

Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of any of the above Counts One through Four, the United States will seek forfeiture of the defendant's interest in any visual depiction produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2251 *et seq.*, and any property, real or personal, constituting or traceable to gross profits or other proceeds or used or intended to be used to commit or promote the commission of such offense(s), including, but not limited to the following:

**One (1) Huawei ALE-L02 P8 lite, IMEI 862186031584240, cellular phone;**

**One (1) Samsung, GT-I9300, IMEI 354953059223554, cellular phone.**

(In accordance with Title 18, United States Code, Section 2253).

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

Brian R. Hood
Assistant United States Attorney

Katherine Lee Martin
Assistant United States Attorney

5