IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                                      Criminal No. 3:19cr19

TROY GEORGE SKINNER,

      **Defendant.**

## ORDER

Pursuant to the Court's oral order at the February 19, 2019 Arraignment, the Court:

(1)     SCHEDULES this matter for a jury trial to take place on September 16–20, 2019. Parties SHALL appear in Courtroom 6100 before the Honorable M. Hannah Lauck no later than 9:00 am on September 16, 2019 to begin trial;

(2)     ORDERS the United States and Skinner to submit any pretrial motions no later than April 5, 2019. Any response to any pretrial motion SHALL be filed no later than close of business 21 days after the date on which the pretrial motion was filed. Any reply to any response SHALL be filed no later than close of business 7 days after the date on which the response to the pretrial motion was filed;

(3)     ORDERS the United States and Skinner to submit proposed jury instructions no later than close of business September 3, 2019. Objections to the proposed jury instructions SHALL be filed no later than close of business September 9, 2019;

(4)     ORDERS the United States and Skinner to submit proposed voir dire no later than close of business September 3, 2019. Objections to the proposed voir dire SHALL be filed no later than close of business September 9, 2019; and,

(5) ORDERS the United States and Skinner to submit any desired motions in limine no later than close of business September 9, 2019. Opposition to any motion in limine SHALL be filed no later than close of business September 12, 2019;

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 2/20/2019
Richmond, Virginia