# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:19cr19 |
| ) | Hon. M. Hannah Lauck |
| TROY G. SKINNER, ) | |
| ) | |
| Defendant. ) | |

### Defendant's Unopposed Motion to Continue Trial Date

COMES NOW the defendant, by counsel, and asks that the Court continue the trial date, which is presently set to begin on September 16, 2019, until November 12, 2019, for good cause.

When the trial date was set at arraignment on February 19, 2019, undersigned counsel mistakenly agreed to a trial date beginning on September 16, 2019. Unfortunately, that date was not an available date for co-counsel, Ms. Koenig. Since arraignment, undersigned counsel has been trying to coordinate a new trial date available to all parties and to the Court, and the parties have arrived at the agreed recommended date of November 12, 2019.

WHEREFORE, the defendant respectfully asks that the start of the trial in this matter be continued from September 16, 2019 to November 12, 2019.

Respectfully Submitted,
**TROY G. SKINNER**

By: _____/s/_____
 Counsel

Robert J. Wagner
Va. Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0808
robert_wagner@fd.org

Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
laura_koenig@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Brian Hood
> Katherine Martin
> US Attorney's Office
> SunTrust Building
> 919 East Main Street
> Suite 1900
> Richmond, VA 23219

>                    /s/
> Robert J. Wagner
> Va. Bar No. 27493
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 701 E. Broad St., Ste. 3600
> Richmond, VA 23219
> (804) 565-0808
> robert_wagner@fd.org