IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.                                                          **Criminal No. 3:19cr19**

**TROY GEORGE SKINNER,**

      **Defendant.**

## ORDER

This matter comes before the Court on Defendant Troy George Skinner's Unopposed Motion to Continue Trial Date (the "Motion to Continue"). (ECF No. 23.)

On February 19, 2019, the Court arraigned Skinner. (ECF No. 20.) Skinner entered a plea of not guilty and requested trial by a jury. Skinner moved to continue trial beyond the Speedy Trial Act cut-off date, (ECF No. 21), and the Court granted the motion orally at the arraignment. The Court also set a five-day jury trial to start on September 16, 2019, and memorialized this schedule in its February 20, 2019 Order, (ECF No. 22).

On March 15, 2019, Skinner filed the instant Motion to Continue. In support of his Motion to Continue, Counsel for Skinner represents that "undersigned counsel mistakenly agreed to a trial date beginning on September 16, 2019. Unfortunately, that date was not an available date for co-counsel." (Mot. Continue 1, ECF No. 23.) The Motion to Continue recommends delaying the trial date by almost two months, from September 16, 2019 to November 12, 2019.

Having considered the matter, and noting the lack of opposition, the Court GRANTS the Motion to Continue. (ECF No. 23.) The Court RESCHEDULES the jury trial to Tuesday,

November 12, 2019 through Friday, November 15, 2019. All other deadlines SHALL remain intact.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 3/19/19
Richmond, Virginia