IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 3:19cr19 |
| ) | Hon. M. Hannah Lauck |
| **TROY G. SKINNER,** ) | |
| **Defendant.** ) | |

**Motion for Jury Questionnaire**

COMES NOW the defendant, Troy G. Skinner, by counsel, pursuant to Rule 24 of the Federal Rules of Criminal Procedure, and respectfully requests that the Court grant the defendant's request for a jury questionnaire to assist in the selection of a jury in the above referenced case. A memorandum has been filed in support of this motion.

WHEREFORE, Mr. Skinner respectfully requests the Court to permit the use of a jury questionnaire in this case.

Respectfully Submitted,
**TROY G. SKINNER**

By: _____/s/_____
Counsel

Robert J. Wagner
VA Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0808
robert_wagner@fd.org

Laura Koenig
VA Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
laura_koenig@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

      Brian Hood
      Katherine Martin
      US Attorney's Office
      SunTrust Building
      919 East Main Street
      Suite 1900
      Richmond, VA 23219

                          /s/
                    Robert J. Wagner
                    VA Bar No. 27493
                    Assistant Federal Public Defender
                    Office of the Federal Public Defender
                    701 E. Broad St., Ste. 3600
                    Richmond, VA 23219
                    (804) 565-0808
                    robert_wagner@fd.org