Name: _____          Juror # _____

## CASE-SPECIFIC JUROR QUESTIONNAIRE

1.  In February 2018, the defendant in this case, Troy Skinner, is alleged to have attempted to coerce a minor female, who lives in Goochland, to engage in sexually explicit conduct for the purpose of producing visual depictions of said conduct.  In addition, Mr. Skinner allegedly traveled from New Zealand to the minor's home in an attempt to "seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and hold for ransom, reward and otherwise" the minor.  He was reportedly shot by the minor female's mother. This case is based on those allegations.  It is important that you truthfully and fully answer the following questions concerning your personal experiences and beliefs.  Given this brief description, do you recall having heard anything about this case?

( ) Yes          ( ) No          ( ) Unsure

a.  If you have heard about this case, how did you hear about it (for example, through the television, newspapers, radio, and/or word of mouth)?

_____

_____

b.  What do you recall hearing about the case:

_____

_____

c.  Have you discussed the case with any of your friends, co-workers, neighbors, family members or others?

    ( ) Yes      ( ) No      ( ) Unsure

d.  If YES, what did you talk about?

_____

_____

e.  What are your thoughts and opinions, if any, about the case?

_____

_____

2.  Does the fact that this case involves alleged child-related pornography cause you any concerns about sitting as juror in this case?

    ( ) Yes      ( ) No

3. The evidence in this case may include graphic testimony and/or photographs depicting nude children and explicit sexual themes.  Does the possibility of exposure to this type of evidence cause you to question whether you can sit as a juror in this case?

      ( ) Yes        ( ) No

If YES, please explain:

_____

_____

4.  Have you had any exposure to child-sex related issues, either through personal experience or through experiences shared with you by close friends or relations?

      ( ) Yes        ( ) No

If YES, please explain:

_____

_____

5. The following is a list of the attorneys who are or have been representing the parties in this case and their respective offices.  Do you know either professionally, socially, or by reputation any of these attorneys or their employees? (Please check all that apply.)

( )   Brian Hood, Assistant U.S. Attorney

( )   Katherine Martin, Assistant U. S. Attorney

( )   United States Attorney's Office


( )   Laura J. Koenig, Assistant Federal Public Defender

( )   Robert J. Wagner, Assistant Federal Public Defender

( )   Office of the Federal Public Defender


For each person or office checked, please explain:

_____

_____


6.  If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds or considerations not permitted by law, would you, as a juror, be able to reject that suggestion and abide by your oath to this Court to decide the case solely on the evidence and the law as the Court has instructed you to do, without regard to sympathy, bias or prejudice?

( )   Yes          ( )   No          ( )   Unsure


_____

Pornography

Pornography is an issue about which many thoughtful people strongly disagree. Whether the law should provide for severe punishment is a question that has been frequently debated in Courts, legislatures and other public forums. While the jury must follow the law as it now is and on which detailed instructions of law will be given, it is important for you to tell us what views or opinions you may have about pornography generally and without regard to the facts and circumstances that may be shown to be relevant to each individual defendant.

7. Thinking back over your life, have you ever been in a discussion with friends, family, or co-workers where pornography has been discussed and where you have expressed an opinion about pornography?

( )   Yes    ( )   No

8. Is your position or opinion about pornography shaped in any way by your religious, moral, ethical, or philosophical beliefs?

( )   Yes    ( )   No

If yes please explain how:

_____
_____
_____
_____

9. Do you think the prosecution of pornography crimes in the United States is used too often, about right, or too seldom?

( )  Too often    ( )  About right  ( )  Too seldom

10.  Do you think there should be a ban on pornography on the internet?

( )  Yes    ( )  No    ( )  Unsure

I, _____ declare under penalty of perjury that the answers set forth in this jury questionnaire are true and correct to the best of my knowledge and that I have not discussed my answers with others. I also understand that I am to avoid any media coverage of this case and that I am not to discuss this case or my potential jury service with others.

_____                    _____
        Date                                                                Juror's Signature