**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Criminal No. 3:19cr19** |
| ) | **The Honorable M. Hannah Lauck** |
| TROY G. SKINNER, ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION TO SEAL UNDER 18 U.S.C. § 3509(d)

COMES NOW the defendant, Troy Skinner, by counsel, and for the reasons stated in the Memorandum in Support of Motion to Seal, requests this Court file: (1) Motion to Dismiss Counts 1 through 4 on First Amendment Grounds; (2) Motion to Dismiss Counts 1 through 4 on Fifth Amendment Due Process Grounds; (3) Motion to Dismiss Counts 1 through 4 for Lack of Subject Matter Jurisdiction; and (4) Motion to Suppress Evidence and Exhibits under seal.

Respectfully submitted,
TROY G. SKINNER

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org