UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19cr19 |
| | ) | The Honorable M. Hannah Lauck |
| TROY G. SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL UNDER 18 U.S.C. § 3509(d)**

COMES NOW, Troy Skinner, by counsel and for the following reasons, requests that this Court seal the following documents: (1) Motion to Dismiss Counts 1 through 4 on First Amendment Grounds; (2) Motion to Dismiss Counts 1 through 4 on Fifth Amendment Due Process Grounds; (3) Motion to Dismiss Counts 1 through 4 for Lack of Subject Matter Jurisdiction; (4) Motion to Suppress Evidence and Exhibits.  These documents contain "information concerning a child" under 18 U.S.C. § 3509(d)(1)(A)(i).  By law, "any other information concerning a child" in written documents must be sealed.  *Id.*  "There is a right of public access to judicial records and documents grounded both in common law and in the First Amendment, and irrespective of the particular basis for such right of access in any given case, it may be abrogated only in unusual circumstances."  *United States v. Church*, 702 F. Supp. 2d 615, 616-17 (W.D. Va. 2010) (internal quotation marks omitted).  Consequently, the same statute providing for the sealing of "any other information concerning a child" also requires the party seeking sealing under 18 U.S.C. § 3509(d) to provide the Court with a redacted version of the sealed document to ensure the public's access to judicial records.  18 U.S.C. § 3509(d)(2)(B).  Thus, Mr. Skinner moves the Court to file the

1

motions and exhibits identified above under seal and place the redacted versions in the public record.

Respectfully submitted,
TROY G. SKINNER

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org
