IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**UNITED STATES OF AMERICA**

v.  Criminal No. 3:19cr19

**TROY GEORGE SKINNER,**

Defendant.

## ORDER

This matter comes before the Court on Defendant Troy George Skinner's Motion to Seal Motions to Dismiss, (ECF No. 25), and his Motion to Seal Under 18 U.S.C. § 3509(d), (ECF No. 29), (collectively, the "Motions to Seal"). Skinner relies on 18 U.S.C. § 3509, which requires that "all documents that disclose the name or any other information concerning a child" be filed under seal. 18 U.S.C. §§ 3509(d)(1)(A)(i), 3509(d)(2). The United States did not respond to the Motions to Seal and the time to do so has expired.

In support of the Motions to Seal, Skinner states: "The documents in question include information pertaining to the minor child. The need to protect the minor child outweighs the public's right to access in this case. Placing these documents under seal will protect the minor child's privacy." (Mot. Seal Mot. Dismiss 2, ECF No. 25.) Skinner, appropriately, filed redacted versions of each motion in conjunction with his Motions to Seal. (ECF Nos. 27, 28, 31, 32.)

Having considered the applicable law, the Court finds that:

(1) The public's right of access is outweighed by competing interests contained in Skinner's Motions to Seal and the statutory directives in 18 U.S.C. § 3509(d);

(2) The Court considered less drastic alternatives to sealing the documents and finds none of them to be appropriate;

(3) The less drastic alternatives are also rejected because they would not protect the privacy of the individual whose information is detailed in the motions and exhibits identified.

Accordingly, the Court GRANTS the Motions to Seal. (ECF Nos. 25, 29.) The Clerk SHALL file the following motions under seal: the Motion to Dismiss Counts One Through Four On Fifth Amendment Due Process Grounds; the Motion to Dismiss Counts One Through Four On First Amendment Grounds; the Motion to Dismiss Counts One Through Four for Lack of Subject Matter Jurisdiction and Violation of Due Process; and the Motion to Suppress Evidence.

It is SO ORDERED.

/s/ M. Hannah Lauck
United States District Judge

Date: **May 08, 2019**
Richmond, Virginia