IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA

v.                                              Criminal No. 3:19cr19

TROY GEORGE SKINNER,

    Defendant.

### ORDER

This matter comes before the Court on the United States' Sealed Response in Opposition to the Motion to Dismiss on Due Process Grounds, (ECF No. 35); the United States' Sealed Response in Opposition to the Motion to Dismiss on First Amendment Grounds, (ECF No. 36); the United States' Sealed Response in Opposition to the Motion to Dismiss for Lack of Jurisdiction, (ECF No. 37); and, the United States' Sealed Response in Opposition to the Motion to Suppress Evidence, (ECF No. 38) (collectively, the "Responses").

The United States SHALL file redacted versions of the Responses in the public docket by May 17, 2019.

It is SO ORDERED.

                                                                     /s/
                                              M. Hannah Lauck
                                              United States District Judge

Date: **May 08, 2019**
Richmond, Virginia