**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:19-cr-00019-MHL |
| ) | |
| TROY GEORGE SKINNER, ) | |
| ) | |
| *Defendant*. ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXTEND MOTIONS IN LIMINE DEADLINES

COMES NOW the United States of America, by its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Brian R. Hood and Katherine Lee Martin, Assistant United States Attorneys, respectfully responding to the defendant's Motion to Extend Motions in Limine Deadlines (ECF No. 55). The United States does not object to the defendant's motion, and agrees with the defendant's proposed revised deadlines for filing motions in limine by October 18, 2019, responses to such motions by October 25, 2019, and replies to any such responses by October 30, 2019.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:   */s/   Brian R. Hood*
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 12, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

        Respectfully submitted,

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By:   /s/  Brian R. Hood
      Assistant United States Attorney
      United States Attorney's Office
      919 East Main Street, Suite 1900
      Richmond, VA 23219
      Telephone: (804) 819-5400
      Email: brian.hood@usdoj.gov