**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
|                                                      ) | |
|       v.                                         ) | Case No. 3:19-cr-00019-MHL |
|                                                      ) | |
| TROY GEORGE SKINNER,       ) | |
|                                                      ) | |
|             *Defendant*.                ) | |

## GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE EXPERT NOTICE

COMES NOW the United States of America, by its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Brian R. Hood and Katherine Lee Martin, Assistant United States Attorneys, respectfully moving for an extension of time to file expert witness notices in the above-captioned case.  Pursuant to the Agreed Discovery Ordered entered by the Court (ECF No. 54), both parties are required to provide notice, pursuant to FED.R.EVID 702, 703 and 705, of any expert testimony to be introduced in their case-in-chief no later than 60 days prior to trial, which is September 13, 2019.

The United States requires additional time to prepare such notice.  The original FBI digital evidence forensic examiner assigned to the case recently retired, and a new FBI digital forensic examiner has been assigned to the case and is presently getting up to speed. Moreover, on or about September 3, 2019, the United States received additional forensic evidence from law enforcement authorities in New Zealand, who after executing a search warrant on the defendant's residence in Auckland conducted a forensic examination of the defendant's laptop, which revealed additional evidence that is relevant to the case.  This new evidence could have a bearing on the contents of the expert notice for the FBI digital forensic

examiner, and will also require the preparation of an expert notice pertaining to the anticipated testimony of the New Zealand law enforcement officials who conducted the forensic examination of the defendant's computer there.

For these reasons, the United States respectfully requests a three-week extension, until October 4, 2019, for the parties to provide their respective expert notices. For notice relating to any expert testimony offered in response to a previously-noticed expert, the United States suggests that the current deadline of 21 days prior to trial be modified to 14 days prior, that is October 29, 2019.

Counsel for the defendant, Robert J. Wagner and Laura Koenig, viewed a draft of this pleading prior to filing and stated that the defendant has no objection to the government's motion.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:  /s/  Brian R. Hood
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 12, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

        Respectfully submitted,

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By:   /s/  Brian R. Hood
        Assistant United States Attorney
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Telephone: (804) 819-5400
        Email: brian.hood@usdoj.gov