IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr19

TROY GEORGE SKINNER,

Defendant.

## NOTICE

On October 2, 2019, at 10:00 a.m., Defendant Troy George Skinner is scheduled to appear for an arraignment on the Superseding Indictment. At that time, the Parties SHALL be prepared to address the effect, if any, of the Superseding Indictment on any pending motions.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 9/19/2019
Richmond, Virginia