IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.   Criminal No. 3:19cr19

TROY GEORGE SKINNER,

Defendant.

## ORDER

For the reasons stated from the bench at the October 2, 2019 Arraignment on the Superseding Indictment, the Court:

(1) VACATES its September 19, 2019 Order, (ECF No. 60), and the deadlines included in that Order;

(2) CANCELS the trial in this matter currently scheduled for November 12–15, 2019;

(3) CONTINUES GENERALLY the trial in this matter pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii);

(4) SCHEDULES this matter for a status conference on October 30, 2019 at 2:00 p.m.; and,

(5) DENIES WITHOUT PREJUDICE Defendant Troy George Skinner's pending motions, (ECF Nos. 26, 27, 28, 31, 32).

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 10/2/2019
Richmond, Virginia