**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No.  3:19-CR-19-MHL |
| ) | |
| TROY GEORGE SKINNER,   ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**UNITED STATES' NOTICE REGARDING CASE STATUS**

The United States of America, by and through its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Brian R. Hood, and Katherine Martin, Assistant United States Attorneys, hereby provides notice as requested by the Court of the case status in advance of the status hearing in the above-captioned case set for December 2, 2019.

At the previous status hearing, the United States informed the Court that the government was still working with New Zealand authorities to obtain the search warrant and related documents associated with the search by New Zealand police of the defendant's apartment.  The United States also informed the Court that it was investigating whether it was possible, and what would be required, to obtain forensic images of the hard drives from the desktop and laptop computers seized from the defendant's apartment in New Zealand so that the parties could conduct their own respective forensic analyses in the continental United States.  Such a transfer of forensic images of the entire hard drives would require the defendant's consent under New Zealand law.

On November 20, 2019, the United States provided to the defendant certified copies of the search warrant, application for search warrant and property record sheet related to the above-

referenced search.  On November 25, 2019, counsel for the defendant indicated that it was unlikely that the defendant would provide consent to transfer forensic copies of his entire hard drives.  Counsel also indicated that, while the matter is still under consideration, it is likely that the defendant will file a motion to suppress the evidence obtained by New Zealand investigators.

The United States therefore respectfully suggests that at the upcoming status hearing the Court set a new briefing schedule in the case.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:  */s/  Brian R. Hood*
Brian R. Hood
Katherine Lee Martin
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov
Email: katherine.martin@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **November 26, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Robert J. Wagner
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>701 E. Broad St., Ste. 3600
>Richmond, VA 23219
>(804) 565-0808
>Robert_wagner@fd.org
>
>Laura Koenig
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>701 E. Broad St., Ste. 3600
>Richmond, VA 23219-1884
>Ph. (804) 565-0881
>laura_koenig@fd.org

>Respectfully submitted,
>
>G. ZACHARY TERWILLIGER
>UNITED STATES ATTORNEY
>
>By:   /s/   Brian R. Hood
>      Assistant United States Attorney
>      United States Attorney's Office
>      919 East Main Street, Suite 1900
>      Richmond, VA 23219
>      Telephone: (804) 819-5400
>      Email: brian.hood@usdoj.gov