IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr19

TROY GEORGE SKINNER,

    Defendant.

## ORDER

This matter comes before the Court following the December 2, 2019, Status Conference.

For the reasons stated from the bench at the Status Conference, the Court:

1. ORDERS that no later than January 10, 2020, Skinner SHALL file any motions challenging the evidence obtained in New Zealand.

2. ORDERS that no later than January 24, 2020, the United States SHALL file its responses to any motions filed by Skinner.

3. ORDERS that no later than January 30, 2020, Skinner may file his replies.

4. ORDERS that no later than January 27, 2020, at 12:00 p.m. the Parties SHALL file a joint status update regarding any necessary or requested witnesses for an evidentiary hearing, and apprise the Court of any logistical considerations concerning the potential presence of foreign witnesses or evidence.

5. On February 13, 2020, the Court SCHEDULES an Evidentiary Hearing with respect to Skinner's motion to be held at 11:00 a.m.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: December 2, 2019
Richmond, Virginia