**Reprint**
**as at 12 March 2019**



# Crimes Act 1961

| | |
|---|---|
| Public Act | 1961 No 43 |
| Date of assent | 1 November 1961 |
| Commencement | see section 1(2) |

## Contents

| | | Page |
|---|---|---|
| | Title | 21 |
| 1 | Short Title, commencement, etc | 21 |
| 2 | Interpretation | 22 |
| 3 | Meaning of convicted on indictment *[Repealed]* | 27 |
| 4 | Meaning of ordinarily resident in New Zealand | 27 |
| 4A | Transitional, savings, and related provisions | 27 |

**Part 1**
**Jurisdiction**

| | | |
|---|---|---|
| 5 | Application of Act | 28 |
| 6 | Persons not to be tried in respect of things done outside New Zealand | 28 |
| 7 | Place of commission of offence | 28 |
| 7A | Extraterritorial jurisdiction in respect of certain offences with transnational aspects | 28 |
| 7B | Attorney-General's consent required where jurisdiction claimed under section 7A | 30 |
| 8 | Jurisdiction in respect of crimes on ships or aircraft beyond New Zealand | 31 |

---

**Note**

Changes authorised by subpart 2 of Part 2 of the Legislation Act 2012 have been made in this official reprint.

Note 4 at the end of this reprint provides a list of the amendments incorporated.

**This Act is administered by the Ministry of Justice.**

Reprinted as at
12 March 2019

**Crimes Act 1961**

| 8A | Jurisdiction in respect of certain persons with diplomatic or consular immunity | 32 |
| 9 | Offences not to be punishable except under New Zealand Acts | 34 |
| 10 | Offence under more than 1 enactment | 34 |
| 10A | Criminal enactments not to have retrospective effect | 35 |
| 10B | Period of limitation *[Repealed]* | 35 |
| 11 | Construction of other Acts *[Repealed]* | 35 |
| 12 | Summary jurisdiction *[Repealed]* | 35 |

**Part 2**
**Punishments**

| 13 | Powers of courts under other Acts not affected | 35 |

*Death*

*[Repealed]*

| 14 | Form of sentence in capital cases *[Repealed]* | 36 |
| 15 | Sentence of death not to be passed on pregnant woman *[Repealed]* | 36 |
| 16 | Sentence of death not to be passed on person under 18 years of age *[Repealed]* | 36 |

*Imprisonment*

| 17 | No sentence of solitary confinement to be passed | 36 |

*Putting under bond*

*[Repealed]*

| 18 | Putting under bond *[Repealed]* | 36 |

*Fine*

| 19 | Enforcement of fines by High Court | 37 |

**Part 3**
**Matters of justification or excuse**

| 20 | General rule as to justifications | 39 |

*Infancy*

| 21 | Children under 10 | 39 |
| 22 | Children between 10 and 14 | 39 |

*Insanity*

| 23 | Insanity | 39 |

*Compulsion*

| 24 | Compulsion | 40 |

*Ignorance of law*

| 25 | Ignorance of law | 41 |

*Sentence or process*

| 26 | Execution of sentence, process, or warrant | 41 |

**Crimes Act 1961**

| | | |
|---|---|---|
| 27 | Execution of erroneous sentence or process | 42 |
| 28 | Sentence or process without jurisdiction | 42 |
| 29 | Irregular warrant or process | 43 |

*Arrest*

| | | |
|---|---|---|
| 30 | Arresting the wrong person | 43 |
| 31 | Arrest by constable pursuant to statutory powers | 44 |
| 32 | Arrest by constable of person believed to have committed offence | 44 |
| 33 | Arrest by other officers or persons pursuant to statutory powers | 44 |
| 34 | Persons assisting constable or officer in arrest | 44 |
| 35 | Arrest of persons found committing certain crimes | 44 |
| 36 | Arrest of person believed to be committing crime by night | 45 |
| 37 | Arrest after commission of certain crimes | 45 |
| 38 | Arrest during flight | 45 |

*Use of force*

| | | |
|---|---|---|
| 39 | Force used in executing process or in arrest | 45 |
| 40 | Preventing escape or rescue | 45 |
| 41 | Prevention of suicide or certain offences | 46 |

*Breach of the peace*

| | | |
|---|---|---|
| 42 | Preventing breach of the peace | 46 |
| 43 | Suppression of riot | 47 |
| 44 | Suppression of riot by Police | 47 |
| 45 | Suppression of riot by persons acting under lawful orders | 47 |
| 46 | Suppression of riot by persons without orders | 47 |
| 47 | Protection of members of New Zealand forces | 48 |

*Defence against assault*

| | | |
|---|---|---|
| 48 | Self-defence and defence of another | 48 |
| 49 | Self-defence against provoked assault *[Repealed]* | 48 |
| 50 | Provocation defined *[Repealed]* | 48 |
| 51 | Defence of person under protection *[Repealed]* | 48 |

*Defence of property*

| | | |
|---|---|---|
| 52 | Defence of movable property against trespasser | 48 |
| 53 | Defence of movable property with claim of right | 49 |
| 54 | Defence of movable property without claim of right | 49 |
| 55 | Defence of dwellinghouse | 49 |
| 56 | Defence of land or building | 49 |

*Peaceable entry*

| | | |
|---|---|---|
| 57 | Assertion of right to land or building | 50 |
| 58 | Exercise of right of way, etc | 50 |

*Powers of discipline*

| | | |
|---|---|---|
| 59 | Parental control | 50 |

| | **Crimes Act 1961** | Reprinted as at 12 March 2019 |
|---|---|---|

| | | |
|---|---|---|
| 60 | Discipline on ship or aircraft | 51 |

*Surgical operations*

| 61 | Surgical operations | 51 |
| 61A | Further provisions relating to surgical operations | 51 |

*General provisions*

| 62 | Excess of force | 52 |
| 63 | Consent to death | 52 |
| 64 | Obedience to de facto law | 52 |
| 65 | Other enactments not affected | 52 |

## Part 4
### Parties to the commission of offences

| 66 | Parties to offences | 52 |
|---|---|---|
| 67 | Conspiracy between spouses or civil union partners | 53 |
| 68 | Party to murder outside New Zealand | 53 |
| 69 | Party to any other crime outside New Zealand | 53 |
| 70 | Offence committed other than offence intended | 54 |
| 71 | Accessory after the fact | 54 |
| 72 | Attempts | 54 |

## Part 5
### Crimes against public order

*Treason and other crimes against the Sovereign and the State*

| 73 | Treason | 55 |
|---|---|---|
| 74 | Punishment for treason or attempted treason | 55 |
| 75 | Evidence of treason | 56 |
| 76 | Punishment for being party to treason | 56 |
| 77 | Inciting to mutiny | 56 |
| 78 | Espionage | 56 |
| 78AA | Wrongful communication, retention, or copying of classified information | 57 |
| 78A | Wrongful communication, retention, or copying of official information | 58 |
| 78B | Consent of Attorney-General to proceedings in relation to espionage or wrongful communication, retention, or copying of classified information or official information | 60 |
| 78C | Questions of law in relation to espionage or wrongful communication of information | 61 |
| 78D | Search without warrant *[Repealed]* | 61 |
| 79 | Sabotage | 62 |

*Offence of oath to commit offence*

| 80 | Oath to commit offence | 62 |
|---|---|---|
| 81 | Seditious offences defined *[Repealed]* | 62 |

4

| | | |
|---|---|---|
| 82 | Seditious conspiracy *[Repealed]* | 62 |
| 83 | Seditious statements *[Repealed]* | 63 |
| 84 | Publication of seditious documents *[Repealed]* | 63 |
| 85 | Use of apparatus for making seditious documents or statements *[Repealed]* | 63 |

*Unlawful assemblies, riots, and breaches of the peace*

| | | |
|---|---|---|
| 86 | Unlawful assembly | 63 |
| 87 | Riot | 64 |
| 88 | Reading the Riot Act *[Repealed]* | 64 |
| 89 | Failure of rioters to disperse *[Repealed]* | 64 |
| 90 | Riotous damage | 64 |
| 91 | Forcible entry and detainer | 64 |

*Piracy*

| | | |
|---|---|---|
| 92 | Piracy | 65 |
| 93 | Piratical acts | 65 |
| 94 | Punishment of piratical acts | 66 |
| 95 | Attempt to commit piracy | 66 |
| 96 | Conspiring to commit piracy | 66 |
| 97 | Accessory after the fact to piracy | 66 |

*Slave dealing*

| | | |
|---|---|---|
| 98 | Dealing in slaves | 66 |
| 98AA | Dealing in people under 18 for sexual exploitation, removal of body parts, or engagement in forced labour | 67 |

*Participation in organised criminal group*

| | | |
|---|---|---|
| 98A | Participation in organised criminal group | 70 |

*Smuggling and trafficking in people*

| | | |
|---|---|---|
| 98B | Terms used in sections 98C to 98F | 71 |
| 98C | Smuggling migrants | 72 |
| 98D | Trafficking in persons | 72 |
| 98E | Aggravating factors | 73 |
| 98F | Attorney-General's consent to prosecutions required | 74 |

**Part 6**
**Crimes affecting the administration of law and justice**

*Bribery and corruption*

| | | |
|---|---|---|
| 99 | Interpretation | 75 |
| 100 | Judicial corruption | 75 |
| 101 | Bribery of judicial officer, etc | 76 |
| 102 | Corruption and bribery of Minister of the Crown | 76 |
| 103 | Corruption and bribery of member of Parliament | 76 |
| 104 | Corruption and bribery of law enforcement officer | 77 |
| 105 | Corruption and bribery of official | 77 |

| | | |
|---|---|---|
| 105A | Corrupt use of official information | 77 |
| 105B | Use or disclosure of personal information disclosed in breach of section 105A | 78 |
| 105C | Bribery of foreign public official | 78 |
| 105D | Bribery outside New Zealand of foreign public official | 81 |
| 105E | Corruption of foreign public officials | 82 |
| 105F | Trading in influence | 82 |
| 106 | Restrictions on prosecution | 83 |

*Contravention of statute*

| | | |
|---|---|---|
| 107 | Contravention of statute | 83 |

*Misleading justice*

| | | |
|---|---|---|
| 108 | Perjury defined | 84 |
| 109 | Punishment of perjury | 84 |
| 110 | False oaths | 85 |
| 111 | False statements or declarations | 85 |
| 112 | Evidence of perjury, false oath, or false statement | 85 |
| 113 | Fabricating evidence | 85 |
| 114 | Use of purported affidavit or declaration | 85 |
| 115 | Conspiring to bring false accusation | 86 |
| 116 | Conspiring to defeat justice | 86 |
| 117 | Corrupting juries and witnesses | 86 |

*Escapes and rescues*

| | | |
|---|---|---|
| 118 | Assisting escape of prisoners of war or internees | 87 |
| 119 | Breaking prison | 87 |
| 120 | Escape from lawful custody | 87 |
| 121 | Assisting escape from lawful custody | 88 |
| 122 | Assisting escape of mentally impaired person detained for offence | 89 |

**Part 7**
**Crimes against morality and decency, sexual crimes, and crimes against public welfare**

*Crime against religion*

*[Repealed]*

| | | |
|---|---|---|
| 123 | Blasphemous libel *[Repealed]* | 90 |

*Crimes against morality and decency*

| | | |
|---|---|---|
| 124 | Distribution or exhibition of indecent matter | 90 |
| 124A | Indecent communication with young person under 16 | 91 |
| 125 | Indecent act in public place | 92 |
| 126 | Indecent act with intent to insult or offend | 92 |

*Sexual crimes*

| | | |
|---|---|---|
| 127 | No presumption because of age | 92 |

**Crimes Act 1961**

| 128 | Sexual violation defined | 92 |
|---|---|---|
| 128A | Allowing sexual activity does not amount to consent in some circumstances | 93 |
| 128B | Sexual violation | 94 |
| 129 | Attempted sexual violation and assault with intent to commit sexual violation | 94 |
| 129A | Sexual conduct with consent induced by certain threats | 94 |
| 130 | Incest | 95 |
| 131 | Sexual conduct with dependent family member | 96 |
| 131A | Dependent family member defined | 96 |
| 131B | Meeting young person following sexual grooming, etc | 97 |
| 132 | Sexual conduct with child under 12 | 98 |
| 133 | Indecency with girl under 12 *[Repealed]* | 98 |
| 134 | Sexual conduct with young person under 16 | 98 |
| 134A | Defence to charge under section 134 | 99 |
| 135 | Indecent assault | 99 |
| 136 | Conspiracy to induce sexual intercourse *[Repealed]* | 100 |
| 137 | Inducing sexual intercourse under pretence of marriage *[Repealed]* | 100 |
| 138 | Sexual exploitation of person with significant impairment | 100 |
| 139 | Indecent act between woman and girl *[Repealed]* | 101 |
| 140 | Indecency with boy under 12 *[Repealed]* | 101 |
| 140A | Indecency with boy between 12 and 16 *[Repealed]* | 101 |
| 141 | Indecent assault on man or boy *[Repealed]* | 101 |
| 142 | Anal intercourse *[Repealed]* | 101 |
| 142A | Compelling indecent act with animal | 101 |
| 143 | Bestiality | 101 |
| 144 | Indecency with animal | 102 |

*Sexual offences outside New Zealand*

| 144A | Sexual conduct with children and young people outside New Zealand | 102 |
|---|---|---|
| 144AB | Party or accessory liability for sexual acts with children or young people outside New Zealand done by, or involving, foreigner principal parties | 103 |
| 144B | Consent of Attorney-General required | 104 |
| 144C | Organising or promoting child sex tours | 104 |

*Crimes against public welfare*

| 145 | Criminal nuisance | 105 |
|---|---|---|
| 146 | Keeping place of resort for homosexual acts *[Repealed]* | 105 |
| 147 | Brothel-keeping *[Repealed]* | 105 |
| 148 | Living on earnings of prostitution *[Repealed]* | 105 |
| 149 | Procuring for prostitution *[Repealed]* | 105 |
| 149A | Being client in act of prostitution by person under 18 years of age *[Repealed]* | 105 |

| | | |
|---|---|---|
| 150 | Misconduct in respect of human remains | 106 |

**Part 8**
**Crimes against the person**

*Duties tending to the preservation of life*

| | | |
|---|---|---|
| 150A | Standard of care applicable to persons under legal duties or performing unlawful acts | 106 |
| 151 | Duty to provide necessaries and protect from injury | 106 |
| 152 | Duty of parent or guardian to provide necessaries and protect from injury | 106 |
| 153 | Duty of employers to provide necessaries | 107 |
| 154 | Abandoning child under 6 | 107 |
| 155 | Duty of persons doing dangerous acts | 107 |
| 156 | Duty of persons in charge of dangerous things | 107 |
| 157 | Duty to avoid omissions dangerous to life | 107 |

*Homicide*

| | | |
|---|---|---|
| 158 | Homicide defined | 108 |
| 159 | Killing of a child | 108 |
| 160 | Culpable homicide | 108 |
| 161 | Procuring death by false evidence *[Repealed]* | 108 |
| 162 | Death must be within a year and a day *[Repealed]* | 109 |
| 163 | Killing by influence on the mind | 109 |
| 164 | Acceleration of death | 109 |
| 165 | Causing death that might have been prevented | 109 |
| 166 | Causing injury the treatment of which causes death | 109 |

*Murder, manslaughter, etc*

| | | |
|---|---|---|
| 167 | Murder defined | 109 |
| 168 | Further definition of murder | 110 |
| 169 | Provocation *[Repealed]* | 111 |
| 170 | Illegal arrest may be evidence of provocation *[Repealed]* | 111 |
| 171 | Manslaughter | 111 |
| 172 | Punishment of murder | 111 |
| 173 | Attempt to murder | 111 |
| 174 | Counselling or attempting to procure murder | 111 |
| 175 | Conspiracy to murder | 112 |
| 176 | Accessory after the fact to murder | 112 |
| 177 | Punishment of manslaughter | 112 |
| 178 | Infanticide | 112 |
| 179 | Aiding and abetting suicide | 114 |
| 180 | Suicide pact | 114 |
| 181 | Concealing dead body of child | 115 |

*Abortion*

| | | |
|---|---|---|
| 182 | Killing unborn child | 115 |

| | | |
|---|---|---|
| 182A | Miscarriage defined | 115 |
| 183 | Procuring abortion by any means | 116 |
| 184 | Procuring abortion by other means *[Repealed]* | 116 |
| 185 | Female procuring her own miscarriage *[Repealed]* | 116 |
| 186 | Supplying means of procuring abortion | 116 |
| 187 | Effectiveness of means used immaterial | 116 |
| 187A | Meaning of unlawfully | 116 |

*Assaults and injuries to the person*

| | | |
|---|---|---|
| 188 | Wounding with intent | 118 |
| 189 | Injuring with intent | 118 |
| 189A | Strangulation or suffocation | 118 |
| 190 | Injuring by unlawful act | 118 |
| 191 | Aggravated wounding or injury | 119 |
| 192 | Aggravated assault | 119 |
| 193 | Assault with intent to injure | 120 |
| 194 | Assault on a child, or by a male on a female | 120 |
| 194A | Assault on person in family relationship | 120 |
| 195 | Ill-treatment or neglect of child or vulnerable adult | 120 |
| 195A | Failure to protect child or vulnerable adult | 121 |
| 196 | Common assault | 122 |
| 197 | Disabling | 122 |
| 198 | Discharging firearm or doing dangerous act with intent | 122 |
| 198A | Using any firearm against law enforcement officer, etc | 122 |
| 198B | Commission of crime with firearm | 123 |
| 199 | Acid throwing | 123 |
| 200 | Poisoning with intent | 123 |
| 201 | Infecting with disease | 123 |
| 202 | Setting traps, etc | 124 |
| 202A | Possession of offensive weapons or disabling substances | 124 |
| 202B | Powers in respect of crime against section 202A *[Repealed]* | 125 |
| 202BA | Sentencing for second crime against section 202A(4) | 125 |
| 202C | Assault with weapon | 125 |
| 203 | Endangering transport *[Repealed]* | 125 |
| 204 | Impeding rescue | 125 |

*Female genital mutilation*

| | | |
|---|---|---|
| 204A | Female genital mutilation | 126 |
| 204B | Further offences relating to female genital mutilation | 127 |

*Bigamy, and feigned or coerced marriage or civil union*

| | | |
|---|---|---|
| 205 | Bigamy defined | 128 |
| 206 | Punishment of bigamy | 130 |
| 207 | Feigned marriage or civil union | 130 |
| 207A | Coerced marriage or civil union | 130 |

*Abduction, kidnapping*

| | | |
|---|---|---|
| 208 | Abduction for purposes of marriage or civil union or sexual connection | 131 |
| 209 | Kidnapping | 131 |
| 209A | Young person under 16 cannot consent to being taken away or detained | 131 |
| 210 | Abduction of young person under 16 | 131 |
| 210A | People claiming in good faith right to possession of young person under 16 | 132 |

**Part 9**
**Crimes against reputation**

*[Repealed]*

| | | |
|---|---|---|
| 211 | Criminal libel and publishing defined *[Repealed]* | 132 |
| 212 | Publishing upon invitation *[Repealed]* | 132 |
| 213 | No prosecution without leave of Judge *[Repealed]* | 132 |
| 214 | Plea of justification *[Repealed]* | 132 |
| 215 | Punishment of criminal libel *[Repealed]* | 133 |
| 216 | Criminal slander *[Repealed]* | 133 |

**Part 9A**
**Crimes against personal privacy**

| | | |
|---|---|---|
| 216A | Interpretation | 133 |
| 216B | Prohibition on use of interception devices | 134 |
| 216C | Prohibition on disclosure of private communications unlawfully intercepted | 136 |
| 216D | Prohibition on dealing, etc, with interception devices | 136 |
| 216E | Forfeiture | 138 |
| 216F | Unlawful disclosure | 138 |

*Intimate visual recordings*

| | | |
|---|---|---|
| 216G | Intimate visual recording defined | 139 |
| 216H | Prohibition on making intimate visual recording | 139 |
| 216I | Prohibition on possessing intimate visual recording in certain circumstances | 139 |
| 216J | Prohibition on publishing, importing, exporting, or selling intimate visual recording | 140 |
| 216K | Exceptions to prohibition in section 216J | 140 |
| 216L | Disposal and forfeiture | 141 |
| 216M | Effect of appeal on order made under section 216L | 142 |
| 216N | Protection from liability | 142 |

## Part 10
## Crimes against rights of property

### *Interpretation*

| | | |
|---|---|---|
| 217 | Interpretation | 144 |

### *Unlawful taking*

| | | |
|---|---|---|
| 218 | Matters of ownership | 144 |
| 219 | Theft or stealing | 145 |
| 220 | Theft by person in special relationship | 146 |
| 220A | Theft of livestock and other animals | 146 |
| 221 | Theft of parts of killed animals | 146 |
| 222 | Theft by spouse or partner | 147 |
| 223 | Punishment of theft | 147 |
| 224 | Power of search for goods stolen or unlawfully obtained in transit *[Repealed]* | 147 |
| 225 | Power to search vehicles for goods stolen or obtained by crimes involving dishonesty *[Repealed]* | 147 |
| 226 | Conversion of vehicle or other conveyance | 147 |
| 227 | Being in possession of instrument for conversion | 148 |
| 228 | Dishonestly taking or using document | 148 |
| 228A | Designing, manufacturing, or adapting goods with intent to facilitate commission of crimes involving dishonesty | 149 |
| 228B | Possessing, selling, or disposing of goods designed, manufactured, or adapted with intent to facilitate commission of crimes involving dishonesty | 149 |
| 228C | Possessing goods capable of being used to facilitate crimes involving dishonesty with intent to facilitate commission of those offences | 149 |
| 229 | Criminal breach of trust | 149 |
| 230 | Taking, obtaining, or copying trade secrets | 149 |

### *Burglary*

| | | |
|---|---|---|
| 231 | Burglary | 150 |
| 231A | Entry onto agricultural land with intent to commit imprisonable offence | 151 |
| 232 | Aggravated burglary | 151 |
| 233 | Being disguised or in possession of instrument for burglary | 151 |

### *Robbery and blackmail*

| | | |
|---|---|---|
| 234 | Robbery | 152 |
| 235 | Aggravated robbery | 152 |
| 236 | Assault with intent to rob | 152 |
| 237 | Blackmail | 153 |
| 238 | Punishment of blackmail | 153 |
| 239 | Demanding with intent to steal, etc | 153 |

*Crimes involving deceit*

| | | |
|---|---|---|
| 240 | Obtaining by deception or causing loss by deception | 154 |
| 240A | Application of section 240 to match-fixing | 155 |
| 241 | Punishment of obtaining by deception or causing loss by deception | 155 |
| 242 | False statement by promoter, etc | 155 |

*Money laundering*

| | | |
|---|---|---|
| 243 | Money laundering | 156 |
| 243A | Charges for money laundering | 158 |
| 244 | Defence of enforcement of enactment | 159 |
| 245 | Application of section 243 to acts outside New Zealand | 159 |

*Receiving*

| | | |
|---|---|---|
| 246 | Receiving | 159 |
| 247 | Punishment of receiving | 160 |

*Crimes involving computers*

| | | |
|---|---|---|
| 248 | Interpretation | 161 |
| 249 | Accessing computer system for dishonest purpose | 161 |
| 250 | Damaging or interfering with computer system | 162 |
| 251 | Making, selling, or distributing or possessing software for committing crime | 162 |
| 252 | Accessing computer system without authorisation | 163 |
| 253 | Qualified exemption to access without authorisation offence for New Zealand Security Intelligence Service *[Repealed]* | 163 |
| 254 | Qualified exemption to access without authorisation offence for Government Communications Security Bureau *[Repealed]* | 163 |

*Forgery and counterfeiting*

| | | |
|---|---|---|
| 255 | Interpretation | 164 |
| 256 | Forgery | 164 |
| 257 | Using forged documents | 165 |
| 258 | Altering, concealing, destroying, or reproducing documents with intent to deceive | 165 |
| 259 | Using altered or reproduced document with intent to deceive | 166 |
| 260 | False accounting | 166 |
| 261 | Counterfeiting public seals | 167 |
| 262 | Counterfeiting corporate seals | 167 |
| 263 | Possessing forged bank notes | 167 |
| 264 | Paper or implements for forgery | 168 |
| 265 | Imitating authorised or customary marks | 168 |

*Coinage*

| | | |
|---|---|---|
| 266 | Offences involving coinage | 168 |

*Arson, damage, and waste*

| | | |
|---|---|---|
| 267 | Arson | 169 |

| 268 | Attempted arson | 170 |
| 269 | Intentional damage | 170 |
| 270 | Endangering transport | 171 |
| 271 | Waste or diversion of electricity, gas, or water | 171 |
| 272 | Providing explosive to commit crime | 171 |
| 273 | Using probate obtained by forgery or perjury *[Repealed]* | 172 |
| 274 | Paper or implements for forgery *[Repealed]* | 172 |
| 275 | Counterfeiting stamps *[Repealed]* | 172 |
| 276 | Falsifying registers *[Repealed]* | 172 |
| 277 | Falsifying extracts from registers *[Repealed]* | 172 |
| 278 | Uttering false certificates *[Repealed]* | 172 |
| 279 | Forging certificates *[Repealed]* | 172 |
| 280 | Imitating authorised marks *[Repealed]* | 172 |
| 281 | Imitating customary marks *[Repealed]* | 172 |
| 282 | Interpretation *[Repealed]* | 173 |
| 283 | Preparations for coining *[Repealed]* | 173 |
| 284 | Counterfeiting coin *[Repealed]* | 173 |
| 285 | Altering coin *[Repealed]* | 173 |
| 286 | Impairing coin *[Repealed]* | 173 |
| 287 | Defacing coin *[Repealed]* | 173 |
| 288 | Melting coin *[Repealed]* | 173 |
| 289 | Possessing counterfeit coin *[Repealed]* | 173 |
| 290 | Uttering counterfeit coin *[Repealed]* | 173 |
| 291 | Buying and selling counterfeit coin *[Repealed]* | 174 |
| 292 | Importing and exporting counterfeit coin *[Repealed]* | 174 |
| 293 | What constitutes criminal damage *[Repealed]* | 174 |
| 294 | Arson *[Repealed]* | 174 |
| 295 | Attempted arson *[Repealed]* | 174 |
| 296 | Damage to other property by fire or explosive *[Repealed]* | 174 |
| 297 | Attempt to damage property by fire or explosive *[Repealed]* | 174 |
| 298 | Wilful damage *[Repealed]* | 174 |
| 298A | Causing disease or sickness in animals | 174 |
| 298B | Contaminating food, crops, water, or other products | 175 |
| 299 | Wilful waste or diversion of water, gas, or electricity *[Repealed]* | 175 |
| 300 | Interfering with means of transport *[Repealed]* | 175 |
| 301 | Wrecking *[Repealed]* | 175 |
| 302 | Attempting to wreck *[Repealed]* | 176 |
| 303 | Interfering with signals, etc *[Repealed]* | 176 |
| 304 | Interfering with mines *[Repealed]* | 176 |
| 305 | Providing explosive to commit crime *[Repealed]* | 176 |

### Part 11
### Threatening, conspiring, and attempting to commit offences

| 306 | Threatening to kill or do grievous bodily harm | 176 |
| 307 | Threatening to destroy property | 176 |

| | | |
|---|---|---|
| 307A | Threats of harm to people or property | 177 |
| 308 | Threatening acts | 177 |
| 309 | Conspiring to prevent collection of rates or taxes | 178 |
| 310 | Conspiring to commit offence | 178 |
| 311 | Attempt to commit or procure commission of offence | 178 |
| 312 | Accessory after the fact to crime | 178 |

**Part 11A**
**Obtaining evidence by interception devices**

*[Repealed]*

*Interpretation*

*[Repealed]*

| | | |
|---|---|---|
| 312A | Interpretation *[Repealed]* | 179 |

*Applications for interception warrants in relation to organised*
*criminal enterprises*

*[Repealed]*

| | | |
|---|---|---|
| 312B | Application by Police for warrant to intercept private communications *[Repealed]* | 179 |
| 312C | Matters on which Judge must be satisfied in respect of applications *[Repealed]* | 179 |

*Applications for interception warrants in relation to serious violent*
*offences*

*[Repealed]*

| | | |
|---|---|---|
| 312CA | Application by Police for warrant to intercept private communications in relation to serious violent offences *[Repealed]* | 180 |
| 312CB | Matters on which Judge must be satisfied in respect of applications relating to serious violent offences *[Repealed]* | 180 |
| 312CC | Application by Police for warrant to intercept private communications relating to terrorist offences *[Repealed]* | 180 |
| 312CD | Matters of which Judge must be satisfied in respect of applications relating to terrorist offences *[Repealed]* | 180 |

*General provisions*

*[Repealed]*

| | | |
|---|---|---|
| 312D | Contents and term of warrant *[Repealed]* | 180 |
| 312E | Effect of warrant *[Repealed]* | 180 |
| 312F | Renewal of warrants *[Repealed]* | 181 |
| 312G | Emergency permits *[Repealed]* | 181 |
| 312H | Security of applications *[Repealed]* | 181 |
| 312I | Destruction of irrelevant records made by use of interception device *[Repealed]* | 181 |

| | | |
|---|---|---|
| 312J | Destruction of relevant records made by use of interception device *[Repealed]* | 181 |
| 312K | Prohibition on disclosure of private communications lawfully intercepted *[Repealed]* | 181 |
| 312L | Notice to be given of intention to produce evidence of private communication *[Not in force]* | 181 |
| 312M | Inadmissibility of evidence of private communications unlawfully intercepted *[Repealed]* | 181 |
| 312N | Restriction on admissibility of evidence of private communications lawfully intercepted *[Repealed]* | 181 |
| 312O | Privileged evidence *[Repealed]* | 182 |
| 312P | Report to be made to Judge on use of warrant or permit *[Repealed]* | 182 |
| 312Q | Commissioner of Police to give information to Parliament *[Repealed]* | 182 |

**Part 12**
**Procedure**

| | | |
|---|---|---|
| 313 | General provisions as to procedure *[Repealed]* | 182 |
| 314 | Procedure where prior consent to prosecution required *[Repealed]* | 182 |

*General power to stop vehicles to exercise statutory search powers*

*[Repealed]*

| | | |
|---|---|---|
| 314A | Statutory search power *[Repealed]* | 182 |
| 314B | General power to stop vehicles *[Repealed]* | 182 |
| 314C | Powers incidental to stopping vehicles under section 314B *[Repealed]* | 183 |
| 314D | Offences relating to stopping vehicles under section 314B *[Repealed]* | 183 |

*Arrest*

| | | |
|---|---|---|
| 315 | Arrest without warrant | 183 |
| 316 | Duty of persons arresting | 184 |
| 317 | Power to enter premises to arrest offender or prevent offence *[Repealed]* | 185 |
| 317A | Power to stop vehicles for purpose of arrest *[Repealed]* | 185 |
| 317AA | Powers incidental to stopping vehicles under section 317A *[Repealed]* | 185 |
| 317AB | Offences relating to stopping vehicles under section 317A *[Repealed]* | 185 |
| 317B | Road blocks *[Repealed]* | 185 |

*Bail*

*[Repealed]*

| | | |
|---|---|---|
| 318 | When bail not allowable *[Repealed]* | 186 |
| 319 | Rules as to granting bail *[Repealed]* | 186 |
| 319A | Detention while bail bond prepared and signed *[Repealed]* | 186 |

**Crimes Act 1961**

| | | |
|---|---|---|
| 319B | Variation of conditions of bail *[Repealed]* | 186 |
| 320 | Arrest of absconder *[Repealed]* | 186 |
| 320A | Person on bail may be arrested without warrant in certain circumstances *[Repealed]* | 186 |
| 320B | Failure to answer bail *[Repealed]* | 186 |
| 320C | Non-performance of condition of bail bond to be certified by Judge *[Repealed]* | 186 |

*Plea of guilty after committal for trial*

*[Repealed]*

| | | |
|---|---|---|
| 321 | Person committed for trial may plead guilty before trial *[Repealed]* | 187 |

*Change of venue*

*[Repealed]*

| | | |
|---|---|---|
| 322 | Changing venue or sitting *[Repealed]* | 187 |
| 323 | Powers of court of committal as to custody or bail of accused *[Repealed]* | 187 |
| 324 | Attendance of witnesses at substituted court *[Repealed]* | 187 |
| 325 | Powers of substituted court to compel attendance *[Repealed]* | 187 |
| 326 | Trial in substituted court *[Repealed]* | 187 |
| 327 | Witnesses' expenses where indictment removed at instance of the Crown *[Repealed]* | 187 |

*Indictments*

*[Repealed]*

| | | |
|---|---|---|
| 328 | Form of indictment *[Repealed]* | 188 |
| 329 | Contents of counts *[Repealed]* | 188 |
| 330 | Crimes may be charged in the alternative *[Repealed]* | 188 |
| 331 | Certain objections not to vitiate counts *[Repealed]* | 188 |
| 332 | Indictment for perjury or fraud *[Repealed]* | 188 |
| 333 | General provisions as to counts not affected *[Repealed]* | 188 |
| 334 | Further particulars *[Repealed]* | 188 |
| 335 | Variance and amendment *[Repealed]* | 188 |
| 336 | Indictment for treason *[Repealed]* | 189 |
| 337 | Attempt proved when crime is charged *[Repealed]* | 189 |
| 338 | Crime proved when attempt is charged *[Repealed]* | 189 |
| 339 | Part of charge proved *[Repealed]* | 189 |
| 340 | Joinder of counts *[Repealed]* | 189 |
| 341 | Charge of previous conviction *[Repealed]* | 189 |
| 342 | Objections to indictment *[Repealed]* | 189 |
| 343 | Indictment of parties *[Repealed]* | 189 |
| 344 | Accessories after the fact, and receivers *[Repealed]* | 189 |
| 344AA | Money launderers *[Repealed]* | 190 |

*Evidence*

*[Repealed]*

344A Interlocutory order relating to admissibility of evidence *[Repealed]* 190

*Identification evidence*

344B Attendance at identification parade voluntary 190
344C Information relating to identification witness to be supplied to defendant *[Repealed]* 190
344D Jury to be warned where principal evidence relates to identification *[Repealed]* 190

*Filing indictment*

*[Repealed]*

345 Filing indictment *[Repealed]* 191
345A Time for filing indictment *[Repealed]* 191
345B Extension of time for filing indictment *[Repealed]* 191
345C Trial Judge may excuse disclosure of information relating to Police investigations *[Repealed]* 191
345D Leave to file amended indictments *[Repealed]* 191
346 Failure of prosecutor to file indictment *[Repealed]* 191
347 Power to discharge accused *[Repealed]* 191
348 Copy of indictment *[Repealed]* 191
349 Special provisions in case of treason *[Repealed]* 192

*Trial and sentence*

*[Repealed]*

350 Bench warrant *[Repealed]* 192
351 Failure of witness to attend *[Repealed]* 192
352 Refusal of witness to give evidence *[Repealed]* 192
353 Record of proceedings *[Repealed]* 192
354 Right to be defended *[Repealed]* 192
355 Arraignment *[Repealed]* 192
356 Plea *[Repealed]* 192
357 Special pleas *[Repealed]* 193
358 Pleas of previous acquittal and conviction *[Repealed]* 193
359 Second accusation *[Repealed]* 193
360 Evidence of former trial *[Repealed]* 193
361 Plea on behalf of corporation *[Repealed]* 193
361A Trial before a Judge with a jury general rule *[Repealed]* 193
361B Accused may apply for trial before a Judge without a jury *[Repealed]* 193
361C Judge may order trial without a jury in certain cases *[Repealed]* 193
361D Judge may order trial without jury in certain cases that are likely to be long and complex *[Repealed]* 193

| 361E | Judge may order trial without jury in cases involving intimidation of juror or jurors *[Repealed]* | 194 |
| 362 | Challenging the array *[Repealed]* | 194 |
| 363 | Challenges and directions to stand by *[Repealed]* | 194 |
| 364 | Caution to accused when undefended *[Repealed]* | 194 |
| 365 | Question to accused when undefended *[Repealed]* | 194 |
| 366 | Comment on failure to give evidence *[Repealed]* | 194 |
| 366A | Unsworn statement prohibited *[Repealed]* | 194 |
| 367 | Evidence and addresses *[Repealed]* | 194 |
| 367A | Notice of alibi *[Repealed]* | 194 |
| 368 | Adjourning trial for witnesses *[Repealed]* | 195 |
| 369 | Admissions *[Repealed]* | 195 |
| 369A | Prosecution may withdraw in certain cases *[Repealed]* | 195 |
| 370 | Jury retiring to consider verdict *[Repealed]* | 195 |
| 371 | Motion in arrest of judgment. Sentence *[Repealed]* | 195 |
| 372 | Correction of erroneous sentence *[Repealed]* | 195 |
| 373 | Discretion to keep jury together *[Repealed]* | 195 |
| 374 | Discharge of juror or jury *[Repealed]* | 195 |
| 375 | Power to clear court and forbid report of proceedings *[Repealed]* | 195 |
| 375A | Special provisions in cases of sexual nature *[Repealed]* | 196 |
| 376 | Presence of the accused *[Repealed]* | 196 |
| 377 | Proceedings on Sunday *[Repealed]* | 196 |
| 378 | Stay of proceedings *[Repealed]* | 196 |

*Retrials of previously acquitted persons*

*[Repealed]*

| 378A | Order for retrial may be granted if acquittal tainted *[Repealed]* | 196 |
| 378B | Meaning of terms used in sections 378C and 378D *[Repealed]* | 196 |
| 378C | Consent of Solicitor-General required in certain circumstances for exercise of powers in relation to acquitted person *[Repealed]* | 196 |
| 378D | Order for retrial may be granted by Court of Appeal if new and compelling evidence discovered *[Repealed]* | 197 |
| 378E | Orders to safeguard fairness of retrial *[Repealed]* | 197 |
| 378F | Effect of order for retrial *[Repealed]* | 197 |

**Part 13**
**Appeals**

*[Repealed]*

| 379 | Interpretation *[Repealed]* | 197 |

*Appeal on matters arising before trial*

*[Repealed]*

| 379A | Right of appeal in certain cases *[Repealed]* | 197 |
| 379AB | Appeal against decision of Court of Appeal on appeal against certain orders *[Repealed]* | 197 |

*Appeal on question of bail*

*[Repealed]*

| | | |
|---|---|---|
| 379B | Appeal from decision of High Court relating to bail *[Repealed]* | 198 |
| 379C | Procedural provisions relating to appeal on question of bail *[Repealed]* | 198 |
| 379CA | Appeal against order in respect of costs *[Repealed]* | 198 |
| 379D | Execution of decision of Court of Appeal *[Repealed]* | 198 |

*Appeal on question of law*

*[Repealed]*

| | | |
|---|---|---|
| 380 | Reserving question of law | 198 |
| 381 | Appeal where no question reserved *[Repealed]* | 198 |
| 381A | Question of law arising out of discharge under section 347 or stay of prosecution may be referred to Court of Appeal *[Repealed]* | 198 |
| 382 | Powers of Court of Appeal where appeal is on question of law *[Repealed]* | 199 |

*Appeal against conviction or sentence*

*[Repealed]*

| | | |
|---|---|---|
| 383 | Right of appeal against conviction or sentence *[Repealed]* | 199 |
| 383A | Appeal against decision of Court of Appeal on appeal against conviction or sentence *[Repealed]* | 199 |
| 384 | Right of appeal against sentence or conviction for contempt of court *[Repealed]* | 199 |
| 384A | Jurisdiction in certain cases where appeals lie to different courts *[Repealed]* | 199 |
| 385 | Determination of appeals in ordinary cases *[Repealed]* | 199 |
| 386 | Powers of appellate courts in special cases *[Repealed]* | 199 |
| 387 | Revesting and restitution of property on conviction *[Repealed]* | 199 |
| 388 | Time for appealing *[Repealed]* | 200 |
| 389 | Supplemental powers of appellate courts *[Repealed]* | 200 |
| 390 | Duty of Solicitor-General *[Repealed]* | 200 |
| 391 | Costs of appeal *[Repealed]* | 200 |
| 392 | Duties of Registrar with respect to notices of appeal, etc *[Repealed]* | 200 |

*General provisions as to appeals*

*[Repealed]*

| | | |
|---|---|---|
| 392A | Decision about mode of hearing *[Repealed]* | 200 |
| 392B | Hearings on the papers *[Repealed]* | 200 |
| 393 | Certain powers exercisable by 1 Judge *[Repealed]* | 200 |
| 394 | Evidence for appellate courts *[Repealed]* | 201 |
| 395 | Right of appellant to be represented, and restriction on attendance *[Repealed]* | 201 |

|  | Crimes Act 1961 | Reprinted as at 12 March 2019 |
|---|---|---|

| 396 | Power to forbid report of proceedings, etc *[Repealed]* | 201 |
|---|---|---|
| 397 | Granting of bail to appellant, and custody pending appeal *[Repealed]* | 201 |
| 398 | Judgment of Court of Appeal *[Repealed]* | 201 |
| 399 | Intermediate effects of appeal *[Repealed]* | 201 |

## Part 14
### Miscellaneous provisions

| 400 | Consent of Attorney-General to certain prosecutions | 201 |
|---|---|---|
| 401 | Contempt of court *[Repealed]* | 202 |
| 402 | Costs *[Repealed]* | 203 |
| 403 | Compensation for loss of property *[Repealed]* | 203 |
| 404 | Restitution of property *[Repealed]* | 203 |
| 405 | Civil remedy not suspended | 203 |
| 406 | Prerogative of mercy | 203 |
| 406A | Appeals against decisions made on references | 204 |
| 407 | Effect of free pardon | 204 |
| 408 | Act to bind the Crown | 204 |
| 409 | Rules of court *[Repealed]* | 205 |
| 410 | Regulations | 205 |
| 411 | Consequential amendments | 205 |
| 412 | Repeals and savings | 206 |
| 413 | Enactment creating offence is repealed and replaced or consolidated | 206 |
| 414 | Repealed enactment continues to have effect | 206 |
| 415 | Inconsistency with other enactment or rule of law | 207 |

### Schedule 1AA
**Transitional, savings, and related provisions** — 208

### Schedule 1
**Carrying out of sentence of death** — 208

*[Repealed]*

### Schedule 2
**Forms** — 208

*[Repealed]*

### Schedule 3
**Enactments amended** — 209

### Schedule 4
**United Kingdom enactments ceasing to have effect in New Zealand** — 211

### Schedule 5
**New Zealand enactments repealed** — 215

(2) It is a defence to a charge under subsection (1) if the person charged proves that,—

  (a) before the time he or she took the action concerned, he or she had taken reasonable steps to find out whether the young person was of or over the age of 16 years; and

  (b) at the time he or she took the action concerned, he or she believed on reasonable grounds that the young person was of or over the age of 16 years.

Section 131B: inserted, on 20 May 2005, by section 7 of the Crimes Amendment Act 2005 (2005 No 41).

Section 131B heading: amended, on 19 March 2012, by section 5(1) of the Crimes Amendment Act (No 3) 2011 (2011 No 79).

Section 131B(1A): inserted, on 19 March 2012, by section 5(2) of the Crimes Amendment Act (No 3) 2011 (2011 No 79).

## 132 Sexual conduct with child under 12

(1) Every one who has sexual connection with a child is liable to imprisonment for a term not exceeding 14 years.

(2) Every one who attempts to have sexual connection with a child is liable to imprisonment for a term not exceeding 10 years.

(3) Every one who does an indecent act on a child is liable to imprisonment for a term not exceeding 10 years.

(4) It is not a defence to a charge under this section that the person charged believed that the child was of or over the age of 12 years.

(5) It is not a defence to a charge under this section that the child consented.

(6) In this section,—

  (a) **child** means a person under the age of 12 years; and

  (b) doing an indecent act on a child includes indecently assaulting the child.

Section 132: replaced, on 20 May 2005, by section 7 of the Crimes Amendment Act 2005 (2005 No 41).

## 133 Indecency with girl under 12

*[Repealed]*

Section 133: repealed, on 20 May 2005, by section 7 of the Crimes Amendment Act 2005 (2005 No 41).

## 134 Sexual conduct with young person under 16

(1) Every one who has sexual connection with a young person is liable to imprisonment for a term not exceeding 10 years.

(2) Every one who attempts to have sexual connection with a young person is liable to imprisonment for a term not exceeding 10 years.

(3) Every one who does an indecent act on a young person is liable to imprisonment for a term not exceeding 7 years.

(4) No person can be convicted of a charge under this section if he or she was married to the young person concerned at the time of the sexual connection or indecent act concerned.

(5) The young person in respect of whom an offence against this section was committed cannot be charged as a party to the offence if the person who committed the offence was of or over the age of 16 years when the offence was committed.

(6) In this section,—

  (a) **young person** means a person under the age of 16 years; and

  (b) doing an indecent act on a young person includes indecently assaulting the young person.

Section 134: replaced, on 20 May 2005, by section 7 of the Crimes Amendment Act 2005 (2005 No 41).

### 134A  Defence to charge under section 134

(1) It is a defence to a charge under section 134 if the person charged proves that,—

  (a) before the time of the act concerned, he or she had taken reasonable steps to find out whether the young person concerned was of or over the age of 16 years; and

  (b) at the time of the act concerned, he or she believed on reasonable grounds that the young person was of or over the age of 16 years; and

  (c) the young person consented.

(2) Except to the extent provided in subsection (1),—

  (a) it is not a defence to a charge under section 134 that the young person concerned consented; and

  (b) it is not a defence to a charge under section 134 that the person charged believed that the young person concerned was of or over the age of 16 years.

Section 134A: inserted, on 20 May 2005, by section 7 of the Crimes Amendment Act 2005 (2005 No 41).

### 135  Indecent assault

Every one is liable to imprisonment for a term not exceeding 7 years who indecently assaults another person.

Section 135: replaced, on 20 May 2005, by section 7 of the Crimes Amendment Act 2005 (2005 No 41).