UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:19cr19 |
| | ) The Honorable M. Hannah Lauck |
| TROY G. SKINNER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO SEAL UNDER 18 U.S.C. § 3509(d)**

COMES NOW the defendant, Troy Skinner, by counsel, and for the reasons stated in the Memorandum in Support of Motion to Seal, requests this Court file: (1) Motion to Dismiss Counts 1 through 9 on First Amendment Grounds; (2) Motion to Dismiss Counts 1 through 9 on Fifth Amendment Due Process Grounds; (3) Motion to Dismiss Counts 1 through 9 for Lack of Subject Matter Jurisdiction; (4) Motion to Suppress Evidence and Exhibits under seal; and (5) Motion to Sever.

Respectfully submitted,
TROY G. SKINNER

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

## **CERTIFICATE OF SERVICE**

        I hereby certify that on January 10, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                        _____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org