# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  3:19-CR-19-MHL |
| ) | |
| TROY GEORGE SKINNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' MOTION PURSUANT TO 18 U.S.C. § 3509(D) TO SEAL ITS RESPONSES TO DEFENDANT'S PRETRIAL MOTIONS**

COMES NOW The United States of America, by and through its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Brian R. Hood, and Katherine Lee Martin, Assistant United States Attorneys, and for the reasons stated in the Memorandum in Support of Motion Pursuant to 18 U.S.C. § 3509(d) to Seal, requests that the Court seal the government's responses to defendant's pretrial motions (ECF Nos. 69 to 73).

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:   /s/  Brian R. Hood
Brian R. Hood
Katherine Lee Martin
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov
Email. katherine.martin@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **January 24, 2020**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Robert J. Wagner
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>701 E. Broad St., Ste. 3600
>Richmond, VA 23219
>(804) 565-0808
>Robert_wagner@fd.org
>
>Laura Koenig
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>701 E. Broad St., Ste. 3600
>Richmond, VA 23219-1884
>Ph. (804) 565-0881
>laura_koenig@fd.org

>Respectfully submitted,
>
>G. ZACHARY TERWILLIGER
>UNITED STATES ATTORNEY
>
>By:   /s/  Brian R. Hood
>      Assistant United States Attorney
>      United States Attorney's Office
>      919 East Main Street, Suite 1900
>      Richmond, VA 23219
>      Telephone: (804) 819-5400
>      Email: brian.hood@usdoj.gov