IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No.  3:19-CR-19-MHL |
| | ) |
| TROY GEORGE SKINNER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MEMORANDUM IN SUPPORT OF GOVERNMENT'S MOTION
PURSUANT TO 18 U.S.C. § 3509(D) TO SEAL ITS
<u>RESPONSES TO DEFENDANT'S PRETRIAL MOTIONS</u>**

COMES NOW The United States of America, by and through its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Brian R. Hood, and Katherine Lee Martin, Assistant United States Attorneys, and for the reasons stated below requests that the government's responses to the defendants pretrial motions (ECF Nos. 69-73) be sealed.

The defendant's pretrial motions and the government's responses contain extensive "information concerning a child" that is governed by 18 U.S.C. § 3509(d)(1)(A)(i).  Pursuant to that statute, "any other information concerning a child" in written documents must be sealed.  *Id.* The same statute also requires that the party seeking sealing under 18 U.S.C. § 3509(d) provide the Court with a redacted version of the sealed document to ensure the public's access to judicial records.  18 U.S.C. § 3509(d)(2)(B).

WHEREFORE, the United States respectfully requests that the Court grant its motion to seal its responses to the defendant's pretrial motions, and that redacted copies of the governments be made a part of the public record.

        Respectfully submitted,

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By:   */s/  Brian R. Hood*
        Brian R. Hood
        Katherine Lee Martin
        Assistant United States Attorneys
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Telephone: (804) 819-5400
        Email: brian.hood@usdoj.gov
        Email. katherine.martin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **January 24, 2020**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Robert J. Wagner
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>701 E. Broad St., Ste. 3600
>Richmond, VA 23219
>(804) 565-0808
>Robert_wagner@fd.org
>
>Laura Koenig
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>701 E. Broad St., Ste. 3600
>Richmond, VA 23219-1884
>Ph. (804) 565-0881
>laura_koenig@fd.org

>Respectfully submitted,
>
>G. ZACHARY TERWILLIGER
>UNITED STATES ATTORNEY
>
>By:   _/s/  Brian R. Hood_
>Assistant United States Attorney
>United States Attorney's Office
>919 East Main Street, Suite 1900
>Richmond, VA 23219
>Telephone: (804) 819-5400
>Email: brian.hood@usdoj.gov