IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19cr19 |
| | ) | |
| TROY GEORGE SKINNER, | ) | |
| Defendant | ) | |

### NOTICE OF JOINT STATUS UPDATE REGARDING EVIDENTIARY HEARING

Pursuant to the Court's December 2, 2019, Order, *see* ECF No. 68, Mr. Skinner notifies the Court that the only motion that he has filed that will need evidence presented is the portion of his suppression motion that relates to the reasonableness of the government's seizure of his cell phone in the United States. *See* ECF No. 70 at 9-10. That evidence would not require the potential presence of foreign witnesses or evidence. The remainder of the motions can be argued on the submissions of the parties. Undersigned counsel has spoken with Brian Hood representing the government in this case regarding this update. Mr. Hood concurs with this update.

Respectfully submitted,
TROY GEORGE SKINNER

By: _____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Robert Wagner
Va. Bar No. 27493

1

Office of the Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
Ph. (804) 565-0808
Fax (804) 648-5033
robert_wagner@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

      _____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org