IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                          Criminal No. 3:19cr19

TROY GEORGE SKINNER,

      Defendant.

## ORDER

This matter comes before the Court on Defendant Troy George Skinner's Motion for Suppress. (ECF No. 70.) In Skinner's reply to the United States' response to the Motion to Suppress, (ECF No. 92), Skinner raises several new arguments regarding the degree to which the Court may consider affidavits in support of the warrants at issue. Because a response to these new arguments from the United States would assist the Court, the United States SHALL file a sur-reply—no longer than 7 pages—no later than the close of business on February 4, 2020.

It is SO ORDERED.

                                                                                  /s/
                                                    M. Hannah Lauck
                                                    United States District Judge

Date: January 31, 2020
Richmond, Virginia