IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                                         Criminal No. 3:19cr19

TROY GEORGE SKINNER,

        Defendant.

## ORDER

This matter comes before the Court on the Parties' Notice of Joint Status Update. (ECF No. 86.) The Court:

1. ORDERS that the February 13, 2020 Evidentiary Hearing SHALL be dedicated to the presentation of evidence and oral argument concerning Defendant Troy George Skinner's Motion to Suppress, (ECF No. 70);

2. ORDERS that no later than the close of business on February 7, 2020, the Parties SHALL file their proposed witness and exhibit lists for the February 13, 2020 Evidentiary Hearing on Skinner's Motion to Suppress, (ECF No. 70); and,

3. ORDERS that on Wednesday, March 18, 2020, at 2:00 p.m. the Court SHALL hear Oral Argument on Skinner's remaining motions, (ECF Nos. 69, 71, 72, 73, 74, 76.)

It is SO ORDERED.

                                                  /s/
                                        M. Hannah Lauck
                                        United States District Judge

Date: February 3, 2020
Richmond, Virginia