# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:19cr19-MHL |
| v. ) | |
| ) | |
| TROY GEORGE SKINNER, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## WITNESS & EXHIBIT LIST

The United States of America, by and through its undersigned attorneys, respectfully informs this Honorable Court that it intends to call Special Agent Kathryn Weber from the Federal Bureau of Investigation as a witness at the upcoming evidentiary hearing scheduled for February 13, 2020, and expects to introduce the following exhibits:

| **Exhibit** | **Description** |
|---|---|
| 1 | Cell Phones Warrant – July 20, 2018 (3:18sw180) (under seal) |
| 2 | johnvlogchamber@gmail.com – October 12, 2018 (3:18sw267) (under seal) |
| 3 | lotic.ysw@gmail.com – October 12, 2018 (3:18sw268) (under seal) |
| 4 | Summary Chart – Investigative Timeline |
| 5 | Goochland County – Criminal Complaint |
| 6 | Goochland General District Court Docket Report |
| 7 | Spreadsheet prepared by Goochland County Sheriff's Office - Deputy Coverage for Hospital Stay |
| 8 | Communications Log – Forensic Examiner Timothy Huff |
| 9 | Administrative Review Form – Forensic Examiner Timothy Huff |
| 10 | Google LERS Screenshots and Downloads |

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/
Brian Hood
Katherine Lee Martin
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **February 7, 2020**, I filed the foregoing with the Clerk of Court, and provided a true copy to all counsel of record.

                Respectfully submitted,

                G. Zachary Terwilliger
                United States Attorney

By:   /s/_____
        Katherine Lee Martin
        Assistant United States Attorney
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, Virginia 23219
        Phone: (804) 819-5400
        Fax: (804) 771-2316
        Email: katherine.martin@usdoj.gov