IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.: 3:19CR19 |
| | ) | Honorable M. Hannah Lauck |
| TROY GEORGE SKINNER, | ) | Hearing Date: February 13, 2020 |
| Defendant. | ) | |

## DEFENDANT'S PROPOSED EXHIBIT LIST

Comes now, Defendant Troy Skinner, and submits his proposed exhibit list for the motion hearing scheduled to commence on Thursday, February 13, 2020, at 11:00 a.m. The defense does not anticipate calling any witnesses beyond the government's agent, Kathryn Weber. In addition to relying on several of the government's proposed exhibits, Mr. Skinner anticipates presenting the two exhibits listed below. Mr. Skinner reserves the right to amend the proposed exhibit list as necessary.

    Exhibit 1 – Order and Motion to Seal Application and Affidavit for Search Warrant in 3:18sw180

    Exhibit 2 – Order and Motion to Seal Applications and Affidavits for Search Warrants in 3:18sw267 and 3:18sw268

    Respectfully submitted,
    TROY GEORGE SKINNER

By:     /s/
    Laura Koenig
    Va. Bar No. 86840
    Counsel for Defendant
    Office of the Federal Public Defender
    701 E Broad Street, Suite 3600
    Richmond, VA 23219-1884
    Ph. (804) 565-0881
    Fax (804) 648-5033
    laura_koenig@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                         _____/s/_____
                                                        Laura Koenig
                                                        Va. Bar No. 86840
                                                       Counsel for Defendant
                                                       Office of the Federal Public Defender
                                                       701 E Broad Street, Suite 3600
                                                       Richmond, VA 23219-1884
                                                       Ph. (804) 565-0881
                                                       Fax (804) 648-5033
                                                       laura_koenig@fd.org