IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr19

TROY GEORGE SKINNER,

Defendant.

## ORDER

This matter comes before the Court following the February 13, 2020 Evidentiary Hearing. For the reasons stated from the bench at the Evidentiary Hearing, the Court:

1. ORDERS that no later than March 4, 2020, the Parties SHALL file cross-briefs on Skinner's Motion to Suppress, (ECF No. 70); and,

2. ORDERS that no later than March 11, 2020, the Parties SHALL file cross-replies.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: February 13, 2020
Richmond, Virginia