# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Criminal No.  3:19-CR-19-MHL |
| ) | |
| TROY GEORGE SKINNER,   ) | |
| ) | |
| *Defendant*.   ) | |

## MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION PURSUANT TO 18 U.S.C. § 3509(D) TO SEAL ITS RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF REGARDING MOTION TO SUPPRESS EVIDENCE

COMES NOW The United States of America, by and through its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Brian R. Hood, and Katherine Lee Martin, Assistant United States Attorneys, and for the reasons stated below requests that the government's response to Defendant's Supplemental Brief Regarding Motion to Suppress Evidence (ECF No. 102) be sealed.

The government's response contains "information concerning a child" that is governed by 18 U.S.C. § 3509(d)(1)(A)(i).  Pursuant to that statute, "any other information concerning a child" in written documents must be sealed.  *Id.*  The same statute also requires that the party seeking sealing under 18 U.S.C. § 3509(d) provide the Court with a redacted version of the sealed document to ensure the public's access to judicial records.  18 U.S.C. § 3509(d)(2)(B).

WHEREFORE, the United States respectfully requests that the Court grant its motion to seal its response to Defendant's Supplemental Brief Regarding Motion to Suppress Evidence, and that redacted copies of the government's response be made a part of the public record.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:   */s/ Brian R. Hood*
     Brian R. Hood
     Katherine Lee Martin
     Assistant United States Attorneys
     United States Attorney's Office
     919 East Main Street, Suite 1900
     Richmond, VA 23219
     Telephone: (804) 819-5400
     Email: brian.hood@usdoj.gov
     Email. katherine.martin@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **March 11, 2020**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Robert J. Wagner
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>701 E. Broad St., Ste. 3600
>Richmond, VA 23219
>(804) 565-0808
>Robert_wagner@fd.org
>
>Laura Koenig
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>701 E. Broad St., Ste. 3600
>Richmond, VA 23219-1884
>Ph. (804) 565-0881
>laura_koenig@fd.org

>Respectfully submitted,
>
>G. ZACHARY TERWILLIGER
>UNITED STATES ATTORNEY
>
>By:   _/s/   Brian R. Hood_
>Assistant United States Attorney
>United States Attorney's Office
>919 East Main Street, Suite 1900
>Richmond, VA 23219
>Telephone: (804) 819-5400
>Email: brian.hood@usdoj.gov