IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                          Criminal No. 3:19cr19

TROY GEORGE SKINNER,

    Defendant.

## ORDER

This matter comes before the Court on its own initiative. The Court appreciates the candor of the Parties as to rescheduling Oral Argument in this matter. Due to the circumstances surrounding the COVID-19 outbreak, the Oral Argument currently scheduled for March 18, 2020, SHALL be continued. The Court ORDERS the Parties to file a joint status update regarding scheduling a future date for Oral Argument on Friday, March 27, 2020. Both Parties have informed the Court that they have no objection to continuing the matter without setting a new hearing date.

It is SO ORDERED.

                                                       /s/
                                      M. Hannah Lauck
                                      United States District Judge

Date: 3/13/20
Richmond, Virginia