IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr19

TROY GEORGE SKINNER,

Defendant.

## ORDER

This matter comes before the Court on its own initiative. The Court currently has scheduled on June 12, 2020, oral argument regarding several pending motions to dismiss and related motions. (ECF Nos. 69–73, 76.) General Orders 2020-03, 2020-06, 2020-07, 2020-12, 2020-15, and 2020-16 have impacted scheduling of all hearings in the Eastern District of Virginia. Considering these Orders, the Court's and the Parties' schedules, the continued difficulties associated with holding in-person hearings during the COVID-19 pandemic, and the further difficulties presented by transporting criminal defendants to the Courthouse, the Court determines it necessary to reschedule oral argument in this matter. The Court further determines that "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C § 3161(h)(7)(A).

In light of the above, the Court RESCHEDULES oral argument on the pending pretrial motions in this matter for August 6, 2020 at 1:00 p.m.

It is SO ORDERED.

/s/ M. Hannah Lauck
United States District Judge

Date: 6/11/20
Richmond, Virginia