## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19cr19 |
| ) | The Honorable M. Hannah Lauck |
| TROY G. SKINNER, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO SEAL UNDER 18 U.S.C. § 3509(d)

COMES NOW the defendant, Troy Skinner, by counsel, and for the reasons stated in the Memorandum in Support of Motion to Seal, requests this Court file Exhibits A through J under seal.

Respectfully submitted,
TROY G. SKINNER

_____/s/_____
Robert J. Wagner, Esquire
Assistant Federal Public Defender
Virginia Bar No. 27493
Office of the Federal Public Defender
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 565-0808
(804) 648-5033 fax
Robert_Wagner@fd.org

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of July 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Brian Hood
    Katherine Martin
    United States Attorney's Office
    919 E Main St, Suite 1900
    Richmond, VA 23219
    (804) 819-5400

                                                    /s/
                                        Robert J. Wagner, Esquire
                                        Assistant Federal Public Defender
                                        Virginia Bar No.  27493
                                        Office of the Federal Public Defender
                                        701 E. Broad Street, Suite 3600
                                        Richmond, Virginia 23219
                                        (804) 565-0808
                                        (804) 648-5033 Fax
                                        Robert_Wagner@fd.org