**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:19-cr-19-MHL |
| v.              ) | |
| ) | |
| TROY GEORGE SKINNER,  ) | |
| ) | |
| *Defendant.*     ) | |
| ) | |

## EXHIBIT LIST

The United States of America, by and through its undersigned attorneys, respectfully provides the following Exhibit List for documents the government intends to introduce into evidence during the upcoming oral argument hearing on August 6, 2020, regarding the defendant's pending trial motions.

The United States notes that Exhibits 1 through 9 were previously admitted into evidence during the evidentiary hearing on February 13, 2020, as to the defendant's Motion to Suppress (ECF No. 70):

| **Exhibit** | **Description** |
|---|---|
| 1. | Cell Phones Warrant – July 20, 2018 (3:18sw180) (under seal) |
| 2. | johnvlogchamber@gmail.com – October 12, 2018 (3:18sw267) (under seal) |
| 3. | lotic.ysw@gmail.com – October 12, 2018 (3:18sw268) (under seal) |
| 4. | Summary Chart – Investigative Timeline |
| 5. | Goochland County – Criminal Complaint |
| 6. | Goochland General District Court Docket Report |
| 7. | Spreadsheet prepared by Goochland County Sheriff's Office - Deputy Coverage for Hospital Stay |
| 8. | Communications Log – Forensic Examiner Timothy Huff |
| 9. | Google LERS Screenshots and Downloads |
| 10. | Video File Desktop 01.07.2018 - 10.49.39.45.DVR[1007].mp4 |

| **Exhibit** | **Description** |
|---|---|
| 11. | Video File Desktop 01.07.2018 - 11.00.17.48.DVR[1008].mp4 |
| 12. | Video File Desktop 01.07.2018 - 11.18.44.51.DVR[1009].mp4 |
| 13. | Video File Desktop 01.08.2018 - 18.31.09.57.DVR[1011].mp4 |
| 14. | Video File Desktop 01.10.2018 - 11.49.54.60.DVR[1012].mp4 |
| 15. | Video File Desktop 01.10.2018 - 12.34.58.63.DVR[1013].mp4 |
| 16. | Video File Desktop 01.10.2018 - 15.31.32.69.DVR[1015].mp4 |
| 17. | Video File Desktop 01.10.2018 - 19.23.42.84.DVR[1020].mp4 |
| 18. | Video File Desktop 01.11.2018 - 07.14.07.87.DVR[1021].mp4 |
| 19. | Video File Desktop 01.26.2018 - 19.57.59.232.DVR[1419].mp4 |
| 20. | Discord chat, dated 12-27-2017, time 18:36:07.907000 |
| 21. | Discord chat, dated 12-27-2017, time 19:19:40.306000 |
| 22. | Discord chat, dated 1-07-2018, time 16:55:17.933000 |
| 23. | Discord chat, dated 1-08-2018, time 19:14:28.850000 |
| 24. | Discord chat, dated 1-09-2018, time 18:36:15.825000 |
| 25. | Discord chat, dated 2-03-2018, time 16:39:46.181000 |
| 26. | Discord chat, dated 6-04-2018, time 21:52:14.820000 |

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: */s/ Brian R. Hood*
Brian R. Hood
Katherine Lee Martin
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **August 5, 2020**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:   /s/   Brian R. Hood
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov