IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19cr19 |
| | ) | Hon. M. Hannah Lauck |
| TROY G. SKINNER, | ) | |
| | ) | |
| **Defendant.** | ) | |

**Defendant's Exhibit List for August 6, 2020 Hearing**

The defendant, by counsel, submits the following Exhibit List for the motions hearing on August 6, 2020 at 1:00 p.m. The defendant previously submitted these exhibits to the Court under seal.

| Exhibit: | Description |
|---|---|
| A | Age Reference, December 27, 2017 Discord Chat Excerpt |
| B | Boyfriend Reference, January 8, 2018 Discord Chat Excerpt |
| C | New Zealand Age of Consent Reference, January 7, 2018 Discord Chat Excerpt |
| D | Boyfriend/Jenni References, January 8, 2018 Discord Chat Excerpt |
| E | Boyfriend Reference, January 9, 2018 Discord Chat Excerpt |
| F | Purchase of Alcohol, January 15, 2018 Discord Chat Excerpt |
| G | BDSM Test, March 17, 2018 Discord Chat Excerpt |
| H | Alcohol Reference, January 28, 2018 Discord Chat Excerpt |
| I | Birthday Reference, March 17, 2018 Discord Chat Excerpt |
| J | Flash Drive with all Discord Chats |
| K | Video Submitted by the Defendant |

1

                    Respectfully Submitted,
                    **TROY G. SKINNER**

By:      /s/
          Counsel

Robert J. Wagner
Va. Bar No. 27493
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0808
robert_wagner@fd.org

Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
laura_koenig@fd.org