IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

**v.**  Criminal No. 3:19cr19

**TROY GEORGE SKINNER,**

    **Defendant.**

## ORDER

This matter comes before the Court for pretrial management. On April 15, 2021, the Court, with no objections from the Parties, set the trial date for August 9–13, 2021. To alleviate some of the concerns associated with COVID-19 and to reduce the likelihood of requiring an in-person visit to our Courthouse for a juror whose service may be deferred to a later date based on current circumstances, the Court will be sending a questionnaire to all prospective jurors that the Parties and the Court will use to strike jurors for cause without their physical presence. To facilitate this process, the Court ORDERS the Parties to submit their proposed *voir dire* to the Court no later than close of business Wednesday, June 9, 2021. The Court DIRECTS the Parties to appear, via conference call, on Friday, June 11, 2021, at 11:00 a.m. to finalize *voir dire* in light of the Parties' proposals.

By close of business on Tuesday, July 13, 2021, the Parties SHALL file joint jury instructions, any motions *in limine*, and a joint statement setting forth which prospective jurors the Parties agree should be struck for cause based on their responses to the questionnaire. Should the Parties disagree, the Parties SHALL identify which prospective jurors Skinner or the United States moves to strike. On July 20, 2021, at 11:00 a.m., the Parties SHALL appear for the Final Pretrial Conference.

Jury selection SHALL take place on August 6, 2021, at 9:00 a.m. On that same day, the Parties SHALL file their respective final witness lists and exhibits. The Court will DIRECT jurors to report for trial to the Courthouse on August 9, 2021, at 9:00 a.m., with opening statements and the presentment of evidence to begin that day at 9:30 a.m.

The Court DIRECTS the Parties to file any motions within twenty-one (21) days of this Order, with responses due fourteen (14) days thereafter.

Parties SHALL file objections to the above trial schedule, if any, within seven (7) days of this Order.

It is SO ORDERED.

                                                               /s/
                                      M. Hannah Lauck
                                      United States District Judge

Date: 4/16/2021
Richmond, Virginia