IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19-cr-019-MHL |
| | ) | |
| TROY GEORGE SKINNER, | ) | |
| | ) | |
| *Defendant.* | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE THE GOVERNMENT'S SENTENCING POSITION

The United States of America, through its undersigned attorney, respectfully moves for an extension of time in which to file the government's sentencing position. Pursuant to the Court's Sentencing Guideline Order (ECF No. 134), the government's sentencing position is due on January 28, 2022. Undersigned counsel for the United States has been ill for the past week and unable to prepare the government's response. The government therefore respectfully requests an extension of time, until February 1, 2022, in which to timely file its Sentencing Position.

Counsel for the defendant, Robert Wagner, Esquire, has informed undersigned counsel for the United States that there is no objection to the government's request for additional time. The government states in advance that it similarly does not object to

1

counsel for the defendant having a commensurate amount of additional time in which to respond to the government's Sentencing Position.

    Respectfully submitted,

    JESSICA D. ABER
    UNITED STATES ATTORNEY

By:   /s/ Brian R. Hood
    Brian R. Hood
    Assistant United States Attorney
    919 East Main Street, Suite 1900
    Richmond, VA 23219
    Pennsylvania Bar No. 74635
    Phone: (804) 819-5400
    Telefax: (804) 771-2316
    Brian.hood@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on **January 28, 2022**, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which shall serve copies to all counsel of record.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: /s/ Brian R. Hood
Brian R. Hood
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, VA 23219
Pennsylvania Bar No. 74635
Phone: (804) 819-5400
Telefax: (804) 771-2316
Brian.hood@usdoj.gov