IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal Action No. 3:19cr19

TROY GEORGE SKINNER,

Defendant.

### ORDER

This matter comes before the Court on the United States's Motion for Extension of Time to File the Government's Sentencing Position (the "Motion"). (ECF No. 143.) In support of the Motion, the United States submits that "[u]ndersigned counsel . . . has been ill for the past week and unable to prepare the government's response" and that "[t]he [G]overnment therefore respectfully requests an extension of time, until February 1, 2022, in which to timely file its Sentencing Position." (*Id.* 1.) The United States further notes that Defendant Skinner does not object to the United States's request for additional time and that the United States does not oppose giving Skinner "a commensurate amount of additional time . . . to respond to [its] Sentencing Position." (*Id.* 1–2.)

Upon due consideration, the Court GRANTS the Motion. (ECF No. 143.) The United States must file its Sentencing Position no later than February 1, 2022. Similarly, Defendant Skinner must file his Response no later than February 4, 2022.

It is SO ORDERED.

Date: 1/31/2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge