UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19cr19 |
| | ) | The Honorable M. Hannah Lauck |
| TROY G. SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO SEAL SENTENCING POSITION UNDER 18 U.S.C. § 3509(d)

COMES NOW the defendant, Troy Skinner, by counsel, and for the reasons stated in the Memorandum in Support of Motion to Seal Sentencing Position, requests this Court file his sentencing position under seal and place a redacted version in the public record.

Respectfully submitted,
TROY G. SKINNER

/s/
Robert J. Wagner, PLC
Va. Bar No. 27493
Counsel for Defendant
101 Shockoe Slip, Suite J
Richmond, VA 23219
(804) 814-8172
robwagnerlaw@gmail.com

Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
Laura_koenig@fd.org