| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 2. | 2018-04-05 17-14-23.flv | 1252 |  |
| 3. | 2018-02-14 07-42-13.mp4 | 1049 | |
| 4. | 2018-02-14 07-42-13.mp4 | 1053 | |
| 5. | 2018-02-14 18-39-36.mp4 | 1050 | |
| 6. | 2018-02-14 18-39-36.mp4 | 1054 | |
| 7. | 2018-02-14 20-38-06.mp4 | 1055 | |
| 8. | 2018-02-14 20-38-06.mp4 | 1301 | |
| 9. | 2018-02-14 21-18-09.mp4 | 1057 | |

Page **1** of **30**

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
**Note**: Video files denoted with [red fill] depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 10. | 2018-02-14 21-18-09.mp4 | 1302 | ██████████████ |
| 11. | 2018-02-15 06-42-25.mp4 | 1058 | ████████████████████████ |
| 12. | 2018-02-15 06-42-25.mp4 | 1303 | ██████████████ |
| 13. | 2018-02-15 11-51-59.mp4 | 1059 | ████████████████████████ |
| 14. | 2018-02-15 11-51-59.mp4 | 1304 | ██████████████ |
| 15. | Desktop 01.01.2018 - 21.36.11.20.DVR.mp4 | 1003 | ██████████████████ |
| 16. | Desktop 01.03.2018 - 05.56.28.25.DVR.mp4 | 1004 | ████████████████████████ |
| 17. | Desktop 01.04.2018 - 05.47.24.36.DVR.mp4 | 1005 | ████████████████████████ |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

**Note**: Video files denoted with  red fill  depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 18. | Desktop 01.07.2018 - 10.49.39.45.DVR.mp4 | 1007 |  |
| 19. | Desktop 01.07.2018 - 11.00.17.48.DVR.mp4 | 1008 | |
| 20. | Desktop 01.07.2018 - 11.18.44.51.DVR.mp4 | 1009 | |
| 21. | Desktop 01.07.2018 - 12.17.51.54.DVR.mp4 | 1010 | |
| 22. | Desktop 01.08.2018 - 18.31.09.57.DVR.mp4 | 1011 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
**Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | |  |
| 23. | Desktop 01.10.2018 - 11.49.54.60.DVR.mp4 | 1012 | |
| 24. | Desktop 01.10.2018 - 12.34.58.63.DVR.mp4 | 1013 | |
| 25. | Desktop 01.10.2018 - 13.01.02.66.DVR.mp4 | 1014 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
**Note**: Video files denoted with ⬛red fill⬛ depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | |
| 26. | Desktop 01.10.2018 - 15.31.32.69.DVR.mp4 | 1015 | |
| 27. | Desktop 01.10.2018 - 15.58.59.72.DVR.mp4 | 1016 | |
| 28. | Desktop 01.10.2018 - 16.55.37.75.DVR.mp4 | 1017 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
 **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 29. | Desktop 01.10.2018 - 16.59.13.78.DVR.mp4 | 1018 |  |
| 30. | Desktop 01.10.2018 - 17.09.17.81.DVR.mp4 | 1019 | |
| 31. | Desktop 01.10.2018 - 19.23.42.84.DVR.mp4 | 1020 | |
| 32. | Desktop 01.11.2018 - 07.14.07.87.DVR.mp4 | 1021 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
**Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|----------|------|-----------|-------------|
|  |  |  | ███████████████████ |
| 33. | Desktop 01.11.2018 - 18.31.17.93.DVR.mp4 | 1022 | ██████████████████ |
| 34. | Desktop 01.11.2018 - 18.51.11.96.DVR.mp4 | 1023 | ██████████████████ |
| 35. | Desktop 01.11.2018 - 19.05.11.99.DVR.mp4 | 1024 | ██████████████████ |
| 36. | Desktop 01.12.2018 - 18.42.52.105.DVR.mp4 | 1026 | ██████████████████ |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
  **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | |
| 37. | Desktop 01.12.2018 - 18.47.25.108.DVR.mp4 | 1027 | |
| 38. | Desktop 01.12.2018 - 19.02.55.111.DVR.mp4 | 1028 | |
| 39. | Desktop 01.14.2018 - 16.07.07.127.DVR.mp4 | 1029 | |
| 40. | Desktop 01.14.2018 - 16.12.56.130.DVR.mp4 | 1030 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
**Note**: Video files denoted with [ red fill ] depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | |
| 41. | Desktop 01.14.2018 - 20.10.35.133.DVR.mp4 | 1031 | |
| 42. | Desktop 01.14.2018 - 20.25.27.136.DVR.mp4 | 1032 | |
| 43. | Desktop 01.14.2018 - 20.52.06.139.DVR.mp4 | 1033 | |
| 44. | Desktop 01.14.2018 - 21.05.01.142.DVR.mp4 | 1034 | |
| 45. | Desktop 01.14.2018 - 21.17.11.145.DVR.mp4 | 1035 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

**Note**: Video files denoted with ☐ red fill depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | |
| 46. | Desktop 01.16.2018 - 00.03.48.153.DVR.mp4 | 1036 | |
| 47. | Desktop 01.16.2018 - 00.03.48.153.DVR.mp4 | 1403 | |
| 48. | Desktop 01.16.2018 - 12.52.53.156.DVR.mp4 | 1037 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

**Note**: Video files denoted with [red fill] depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | ███████████ |
| 49. | Desktop 01.16.2018 - 12.52.53.156.DVR.mp4 | 1404 | ████████ |
| 50. | Desktop 01.16.2018 - 13.03.15.159.DVR.mp4 | 1038 | ████████████ |
| 51. | Desktop 01.16.2018 - 13.03.15.159.DVR.mp4 | 1405 | ████████ |
| 52. | Desktop 01.16.2018 - 13.19.02.162.DVR.mp4 | 1039 | ████████████ |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
 **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | |
| 53. | Desktop 01.16.2018 - 13.19.02.162.DVR.mp4 | 1406 | |
| 54. | Desktop 01.17.2018 - 16.35.14.165.DVR.mp4 | 1040 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
 **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
|  |  |  |  |
| 55. | Desktop 01.17.2018 - 16.35.14.165.DVR.mp4 | 1407 |  |
| 56. | Desktop 01.17.2018 - 21.33.27.168.DVR.mp4 | 1041 |  |
| 57. | Desktop 01.17.2018 - 21.33.27.168.DVR.mp4 | 1408 |  |
| 58. | Desktop 01.18.2018 - 18.07.55.171.DVR.mp4 | 1042 |  |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

  **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | |  |
| 59. | Desktop 01.18.2018 - 18.07.55.171.DVR.mp4 | 1409 | |
| 60. | Desktop 01.18.2018 - 18.13.42.174.DVR.mp4 | 1043 | |
| 61. | Desktop 01.18.2018 - 18.13.42.174.DVR.mp4 | 1410 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

  **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 62. | Desktop 01.19.2018 - 19.38.01.182.DVR.mp4 | 1411 | |
| 63. | Desktop 01.19.2018 - 19.43.40.185.DVR.mp4 | 1412 | |
| 64. | Desktop 01.19.2018 - 19.51.09.188.DVR.mp4 | 1413 | |
| 65. | Desktop 01.20.2018 - 16.32.50.193.DVR.mp4 | 1414 | |
| 66. | Desktop 01.20.2018 - 16.50.47.196.DVR.mp4 | 1415 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

**Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
|  |  |  | ███████ |
| 67. | Desktop 01.26.2018 - 11.59.05.223.DVR.mp4 | 1416 | ███████ |
| 68. | Desktop 01.26.2018 - 14.16.19.226.DVR.mp4 | 1417 | ███████ |
| 69. | Desktop 01.26.2018 - 16.39.37.229.DVR.mp4 | 1418 | ███████ |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
**Note**: Video files denoted with [ red fill ] depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
|  |  |  |  |
| 70. | Desktop 01.26.2018 - 19.57.59.232.DVR.mp4 | 1419 |  |
| 71. | Desktop 01.26.2018 - 23.22.27.237.DVR.mp4 | 1420 |  |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

**Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 72. | Desktop 01.26.2018 - 23.47.31.240.DVR.mp4 | 1421 |  |
| 73. | Desktop 01.28.2018 - 19.26.14.258.DVR.mp4 | 1426 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

   **Note**: Video files denoted with [ red fill ] depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|----------|------|------------|-------------|
| 74. | Desktop 01.28.2018 - 19.37.51.261.DVR.mp4 | 1427 | |
| 75. | Desktop 01.29.2018 - 21.29.54.08.DVR.mp4 | 1429 | |
| 76. | Desktop 01.29.2018 - 21.37.03.11.DVR.mp4 | 1430 | |
| 77. | Desktop 01.29.2018 - 22.10.49.14.DVR.mp4 | 1431 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

  **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | |  |
| 78. | Desktop 01.30.2018 - 18.46.26.17.DVR.mp4 | 1432 | |
| 79. | Desktop 01.30.2018 - 23.29.48.23.DVR.mp4 | 1433 | |
| 80. | Desktop 01.30.2018 - 23.40.23.26.DVR.mp4 | 1434 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

**Note**: Video files denoted with red fill depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 81. | Desktop 01.30.2018 - 23.50.10.29.DVR.mp4 | 1435 | |
| 82. | Desktop 01.30.2018 - 23.55.55.32.DVR.mp4 | 1436 | |
| 83. | Desktop 01.31.2018 - 21.36.05.35.DVR.mp4 | 1437 | |
| 84. | Desktop 01.31.2018 - 21.44.02.38.DVR.mp4 | 1438 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
   **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 85. | Desktop 01.31.2018 - 21.57.43.41.DVR.mp4 | 1439 |  |
| 86. | Desktop 01.31.2018 - 22.21.58.44.DVR.mp4 | 1440 | |
| 87. | Desktop 01.31.2018 - 22.35.19.47.DVR.mp4 | 1441 | |
| 88. | Desktop 01.31.2018 - 22.40.01.50.DVR.mp4 | 1442 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
 **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 89. | Desktop 01.31.2018 - 22.53.59.53.DVR.mp4 | 1443 | |
| 90. | Desktop 01.31.2018 - 23.11.42.56.DVR.mp4 | 1444 | |
| 91. | Desktop 01.31.2018 - 23.23.47.59.DVR.mp4 | 1445 | |
| 92. | Desktop 01.31.2018 - 23.32.49.62.DVR.mp4 | 1446 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

  **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | |
| 93. | Desktop 02.01.2018 - 19.07.42.65.DVR.mp4 | 1447 | |
| 94. | Desktop 02.04.2018 - 03.16.22.83.DVR.mp4 | 1448 | |
| 95. | Desktop 02.04.2018 - 21.36.44.88.DVR.mp4 | 1449 | |
| 96. | Desktop 02.06.2018 - 03.16.13.100.DVR.mp4 | 1044 | |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

  **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 97. | Desktop 02.06.2018 - 03.16.13.100.DVR.mp4 | 1501 | |
| 98. | Desktop 02.06.2018 - 03.24.27.103.DVR.mp4 | 1045 | |
| 99. | Desktop 02.06.2018 - 03.24.27.103.DVR.mp4 | 1502 | |
| 100. | Desktop 02.09.2018 - 03.14.44.111.DVR.mp4 | 1503 | |
| 101. | Desktop 02.09.2018 - 03.33.05.114.DVR.mp4 | 1504 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
 **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | ██████████████████████ |
| 102. | Desktop 02.09.2018 - 03.40.23.117.DVR.mp4 | 1505 | ██████████████████████ |
| 103. | Desktop 02.09.2018 - 03.45.26.120.DVR.mp4 | 1506 | ██████████████████████ |
| 104. | Desktop 02.09.2018 - 03.51.03.123.DVR.mp4 | 1507 | ██████████████████████ |
| 105. | Desktop 02.09.2018 - 04.10.42.126.DVR.mp4 | 1508 | ██████████████████████ |
| 106. | Desktop 02.09.2018 - 15.23.33.129.DVR.mp4 | 1509 | ██████████████████████ |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

**Note**: Video files denoted with ▢ red fill ▢ depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | |  |
| 107. | Desktop 02.09.2018 - 15.42.16.132.DVR.mp4 | 1510 | |
| 108. | Desktop 02.10.2018 - 07.20.43.135.DVR.mp4 | 1511 | |
| 109. | Sony Vegas Pro 01.11.2018 - 16.51.57.90.DVR.mp4 | 1047 | |
| 110. | Sony Vegas Pro 01.11.2018 - 16.51.57.90.DVR.mp4 | 1512 | |
| 111. | Sony Vegas Pro 01.27.2018 - 23.32.33.249.DVR.mp4 | 1103 | |
| 112. | Warcraft III 01.26.2018 - 11.41.35.220.DVR.mp4 | 1254 | |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
   **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 113. | World Of Warcraft 02.01.2018 - 19.13.45.68.DVR.mp4 | 1354 | |
| 114. | World Of Warcraft 02.01.2018 - 19.25.49.71.DVR.mp4 | 1355 | |
| 115. | World Of Warcraft 02.01.2018 - 19.34.37.74.DVR.mp4 | 1356 | |
| 116. | World Of Warcraft 02.01.2018 - 19.44.24.77.DVR.mp4 | 1357 | |
| 117. | World Of Warcraft 02.04.2018 - 03.10.42.80.DVR.mp4 | 1358 | |



**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

**Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)



| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| | | | ███████████████ |
| 118. | World Of Warcraft 02.05.2018 - 03.38.17.91.DVR.mp4 | 1359 | ███████████████ |
| 119. | World Of Warcraft 02.06.2018 - 03.10.12.97.DVR.mp4 | 1360 | ███████████████ |
| 120. | World Of Warcraft 02.10.2018 - 07.24.53.138.DVR.mp4 | 1361 | ███████████████ |

**Exhibit 1, Government's Sentencing Position**
*United States v. Troy Skinner, 3:19-cr-19-MHL*
 **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)

| Line No. | Name | FBI Item # | Description |
|---|---|---|---|
| 121. | World Of Warcraft 02.10.2018 - 07.25.49.141.DVR.mp4 | 1362 | ██████████████████████ |

**Exhibit 1, Government's Sentencing Position**

*United States v. Troy Skinner, 3:19-cr-19-MHL*

   **Note**: Video files denoted with   red fill   depict child pornography as defined in 18 U.S.C. § 2256(8)