# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.  3:19-CR-19-MHL |
| ) | |
| TROY GEORGE SKINNER, ) | |
| ) | |
| *Defendant*. ) | |

### UNITED STATES' MOTION PURSUANT TO 18 U.S.C. § 3509(D) TO SEAL EXHIBIT 1 OF ITS POSITION WITH REGARD TO SENTENCING

COMES NOW The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Brian R. Hood, Assistant United States Attorney, and for the reasons stated in the Memorandum in Support of Motion Pursuant to 18 U.S.C. § 3509(d) to Seal, requests that the Court seal the government's Exhibit 1 to its Position with Regard to Sentencing (ECF No. 144).

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:   /s/  Brian R. Hood
Brian R. Hood
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 2, 2022**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record:

                Respectfully submitted,

                JESSICA D. ABER
                UNITED STATES ATTORNEY

By:   */s/ Brian R. Hood*
        Assistant United States Attorney
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Telephone: (804) 819-5400
        Email: brian.hood@usdoj.gov