IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 3:19-CR-19-MHL |
| | ) |
| TROY GEORGE SKINNER, | ) |
| | ) |
| *Defendant*. | ) |

**MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION
PURSUANT TO 18 U.S.C. § 3509(D) TO SEAL EXHIBIT 1 OF ITS
<u>POSITION WITH REGARD TO SENTENCING</u>**

COMES NOW The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Brian R. Hood, Assistant United States Attorney, and for the reasons stated below requests that the government's Exhibit 1 to its Position with Regard to Sentencing (ECF No. 144) be sealed.

Exhibit 1 to the government's sentencing position contains "information concerning a child" that is governed by 18 U.S.C. § 3509(d)(1)(A)(i).  Pursuant to that statute, "any other information concerning a child" in written documents must be sealed.  *Id.*  The same statute also requires that the party seeking sealing under 18 U.S.C. § 3509(d) provide the Court with a redacted version of the sealed document to ensure the public's access to judicial records.  18 U.S.C. § 3509(d)(2)(B).

WHEREFORE, the United States respectfully requests that the Court grant its motion to seal Exhibit 1 to its Position with Regard to Sentencing (ECF No. 144), and that redacted copies of Exhibit 1 be made a part of the public record.

        Respectfully submitted,

        JESSICA D. ABER
        UNITED STATES ATTORNEY

By:   /s/  Brian R. Hood
        Brian R. Hood
        Assistant United States Attorney
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Telephone: (804) 819-5400
        Email: brian.hood@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 2, 2022**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record:

        JESSICA D. ABER
        UNITED STATES ATTORNEY

By:   /s/ Brian R. Hood
        Brian R. Hood
        Assistant United States Attorney
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Telephone: (804) 819-5400
        Email: brian.hood@usdoj.gov