# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.  3:19-CR-19-MHL |
| | ) |
| TROY GEORGE SKINNER, | ) |
| | ) |
| *Defendant*. | ) |

## MOTION FOR ADDITIONAL ONE-LEVEL REDUCTION FOR TIMELY ACCEPTANCE OF RESPONSIBILITY

COMES NOW, the United States of America, by and through counsel and moves this Court to reduce the defendant's Total Offense Level by one additional level for acceptance of responsibility.  The defendant timely informed the United States of his intention to plead guilty, permitting the Government to avoid the needless expenditure of resources associated with preparation for trial.  Accordingly, the United States moves the Court to award the defendant a third one-level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:  /s/  Brian R. Hood
Brian R. Hood
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Email: brian.hood@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 2, 2022**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record:

                JESSICA D. ABER
                UNITED STATES ATTORNEY

By:   */s/ Brian R. Hood*
       Brian R. Hood
       Assistant United States Attorney
       United States Attorney's Office
       919 East Main Street, Suite 1900
       Richmond, VA 23219
       Telephone: (804) 819-5400
       Email: brian.hood@usdoj.gov