IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.  Criminal Action No. 3:19cr19

**TROY GEORGE SKINNER,**

**Defendant.**

## ORDER

This matter comes before the Court on Defendant's Motion to Seal Sentencing Position Under 18 U.S.C. § 3509(d) (the "Motion"). (ECF No. 148.) In the Motion, Defendant Skinner asks the Court to "file his sentencing position under seal and place a redacted version in the public record." (*Id.*) He submits that his "sentencing position contains statements about a child that must be sealed under 18 U.S.C. § 3509(d)," and that "[p]lacing these exhibits under seal will protect the minor child's privacy interests, as provided in 18 U.S.C. § 3509(d) and Rule 49.1 of the Federal Rules of Criminal Procedure." (Mem. Supp. Mot. 1, ECF No. 149.) Defendant Skinner further states that "[t]he need to protect the minor child outweighs the public's right to access in this case," and that "[p]lacing these documents under seal will protect the minor child's privacy." (*Id.* 2.)

Upon due consideration, and pursuant to 18 U.S.C. § 3509(d), the Court GRANTS the Motion. (ECF No. 148.) The Court DIRECTS the Clerk to file Defendant Skinner's Sentencing Position under seal.

It is SO ORDERED.

Date: **2/3/2022**
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

2