IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.  Criminal Action No. 3:19cr19

**TROY GEORGE SKINNER,**

   **Defendant.**

## ORDER

This matter comes before the Court on the United States' Motion Pursuant to 18 U.S.C. § 3509(D) to Seal Exhibit 1 of Its Position with Regard to Sentencing (the "Motion"). (ECF No. 152.) In the Motion, the United States asks the Court to "seal the government's Exhibit 1 to its Position with Regard to Sentencing (ECF No. 150)." (*Id.*) The United States submits that "Exhibit 1 to the [G]overnment's sentencing position contains 'information concerning a Child' that is governed by 18 U.S.C. § 3509(d)(1)(A)(i)." (Mem. Supp. Mot. 3, ECF No. 152-1.)

Upon due consideration, and pursuant to 18 U.S.C. § 3509(d), the Court GRANTS the Motion. (ECF No. 152.) The Court DIRECTS the Clerk to file Exhibit 1 to the Government's sentencing position under seal.

It is SO ORDERED.

Date: **2/3/2022**
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge