IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.    Criminal Action No. 3:19cr19

**TROY GEORGE SKINNER,**

**Defendant.**

### ORDER

This matter comes before the Court on the United States' Motion for Additional One-Level Reduction for Timely Acceptance of Responsibility (the "Motion"). (ECF No. 153.) In the Motion, the United States asks the Court "to reduce [Defendant Skinner]'s Total Offense Level by one additional level for acceptance of responsibility." (*Id.*) Defendant Skinner "timely informed the United States of his intention to plead guilty, permitting the Government to avoid the needless expenditure of resources associated with preparation for trial," and thus, "the United States moves the Court to award [Defendant Skinner] a third one-level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).[1]" (*Id.*)

---

[1] U.S.S.G. § 3E1.1(b) provides:

> If the defendant qualifies for a decrease under subsection (a), the offense level determined prior to the operation of subsection (a) is level 16 or greater, and upon motion of the government stating that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently, decrease the offense level by 1 additional level.

U.S.S.G. § 3E1.1(b).

Upon due consideration, and pursuant to U.S.S.G. § 3E1.1(b), the Court GRANTS the Motion. (ECF No. 153.) The Court REDUCES Defendant Skinner's Total Offense Level by one level. His total offense level is now 37.

It is SO ORDERED.

Date: **2/3/2022**
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge