IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19cr19 |
| | ) | |
| TROY GEORGE SKINNER, | ) | |
|     Defendant | ) | |

**CONSENT MOTION TO EXTEND RESPONSE FILING TIME
BY ONE BUSINESS DAY**

Troy Skinner, through counsel, moves the Court to extend the current deadline to file responses to the government's sentencing pleadings by one business day. In support of this motion, Mr. Skinner states the following:

1. Due to an illness, the government needed a short extension to file its sentencing pleadings in this case. *See* ECF No. 143. The defense did not object, and the Court granted that extension. *See* ECF No. 146. The government filed its sentencing pleadings on February 1, 2022. *See* ECF Nos. 150 and 151.

2. The sentencing guideline order in this case gave the parties seven days to respond to sentencing pleadings. *See* ECF No. 134 at 2. Mr. Skinner's responses to the government's sentencing pleadings are currently due today, February 4, 2022—three days after the government filed the pleadings. *See* ECF No. 146. Since the government filed it sentencing pleadings, undersigned counsel has been in several lengthy court hearings, met with a number of clients in time-sensitive matters in other cases, and participated in two presentence report interviews with clients. She, thus, needs a short amount of additional time to file responses to the government's sentencing pleadings.

3. Undersigned counsel has discussed this request with the government, represented here by Brian Hood. Mr. Hood has no objection to this request.

Thus, at set forth above, Mr. Skinner moves the Court to extend the current deadline to file responses to the government's sentencing pleadings by one business day to Monday, February 7, 2022.

                            Respectfully submitted,
                            TROY GEORGE SKINNER

By:           /s/_____
                            Laura Koenig
                            Va. Bar No. 86840
                            Counsel for Defendant
                            Office of the Federal Public Defender
                            701 E Broad Street, Suite 3600
                            Richmond, VA 23219-1884
                            Ph. (804) 565-0881
                            Fax (804) 648-5033
                            laura_koenig@fd.org