IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　Criminal Action No. 3:19cr19

TROY GEORGE SKINNER,

　　　　Defendant.

## ORDER

This matter comes before the Court *sua sponte*. On February 2, 2022, the United States filed a Motion for Additional One-Level Reduction for Timely Acceptance of Responsibility (the "Motion"). (ECF No. 153.) On February 3, 2022, the Court entered an Order granting the Motion and reducing Defendant Troy George Skinner's Total Offense Level to 37 (the "Order"). (ECF No. 158.)

The Court hereby RESCINDS the Order. Taking into account the "third one-level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b)," (ECF No. 153, at 1), Skinner's correct Total Offense Level is 38, *see* U.S.S.G. § 3E1.1(b); (ECF No. 142, at 12).

The Court nonetheless GRANTS the Motion and "awards [Skinner] a third-one level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b)." (ECF No. 153, at 1.) Skinner's Total Offense Level is therefore 38.

It is SO ORDERED.

Date: 2-4-2022
Richmond, Virginia

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　M. Hannah Lauck
　　　　　　　　　　　　　　　　　United States District Judge