IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                  Criminal Action No. 3:19cr19

TROY GEORGE SKINNER,

        Defendant.

## ORDER

This matter comes before the Court on Defendant Troy George Skinner's Consent Motion to Extend Response Filing Time by One Business Day (the "Motion"). (ECF No. 159.) In the Motion, Skinner notes that his "responses to the government's sentencing pleadings are currently due today, February 4, 2022—three days after the government filed [its] pleadings." (*Id.* 1.) Skinner avers that since the United States filed its pleadings, his "counsel has been in several lengthy court hearings, met with a number of clients in time-sensitive matters in other cases, and participated in two presentence report interviews with clients." (*Id.*) He thus "moves the Court to extend the current deadline to file responses to the government's sentencing pleadings by one business day to Monday, February 7, 2022." (*Id.* 2.)

Upon due consideration, and for good cause shown, the Court GRANTS the Motion. (ECF No. 159.) Skinner SHALL file his response to the United State's sentencing pleadings no later than Monday, February 7, 2022.

It is SO ORDERED.

Date: 2-4-2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge