IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Case No. 3:19cr19 |
| ) | |
| ) | |
| TROY SKINNER      ) | |
| Defendant.    ) | |

### NOTICE OF LETTERS IN SUPPORT

Troy Skinner, through counsel, files the attached letters in support of his sentencing hearing scheduled for Friday, February 11, 2022. Mr. Skinner requests that the Court consider these additional letters when evaluating the applicable factors listed in 18 U.S.C. § 3553(a).

Respectfully Submitted,
TROY SKINNER

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Robert J. Wagner, PLC
Va. Bar No. 27493
Counsel for Defendant
101 Shockoe Slip, Suite J
Richmond, VA 23219
(804) 814-8172
robwagnerlaw@gmail.com