UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 3:19cr19** |
| | ) | **The Honorable M. Hannah Lauck** |
| **TROY G. SKINNER,** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO SEAL UNDER 18 U.S.C. § 3509(d)

COMES NOW the defendant, Troy G. Skinner, by counsel, and for the reasons stated in the Memorandum in Support of Motion to Seal, requests this Court file Defendant's Reply to Government's Response to Defendant's Motion to Dismiss on Due Process (ECF No. 91) under seal.

Respectfully submitted,
TROY G. SKINNER

_____/s/_____
Robert J. Wagner
Va. Bar No. 27493
Counsel for Defendant
Robert J. Wagner, PLC
101 Shockoe Slip, Suite J
Richmond, VA 23219
(804) 814-8172
robwagnerlaw@gmail.com

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

      /s/
Robert J. Wagner
Va. Bar No. 27493
Counsel for Defendant
Robert J. Wagner, PLC
101 Shockoe Slip, Suite J
Richmond, VA 23219
(804) 814-8172
robwagnerlaw@gmail.com

      /s/
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org