UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19cr19 |
| | ) | The Honorable M. Hannah Lauck |
| TROY G. SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION TO SEAL UNDER 18 U.S.C. § 3509(d)

The Court, having read and considered the Defendant's Motion to Seal Under 18 U.S.C. § 3509(d), makes the following findings:

1. The public's right of access is outweighed by competing interests contained in the Defendant's memorandum and the statutory directives in 18 U.S.C. § 3509(d);

2. The Court considered less drastic alternatives to sealing the documents and finds none of them to be appropriate;

3. The less drastic alternatives are also rejected because they would not protect the privacy of the individual whose information is detailed in the motions and exhibits identified.

Accordingly, the Defendant's Motion to Seal Under 18 U.S.C. § 3509(d) is granted. The Defendant's redacted copies of the Defendant's Reply to Government's Response to his Motion to Dismiss on Due Process Grounds (ECF No. 91) will be made a part of the public record.

/s/
M. Hannah Lauck
United States District Judge

Dated: 3/16/2022
Richmond, Virginia

M. Hannah Lauck
United States District Judge